UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE DOLLY,<br><br>          Plaintiff,<br><br>    v.<br><br>GITLAB INC., et al.,<br><br>          Defendants. | Case No. 24-cv-06244-EKL<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

On September 4, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. That period expired on December 3, 2024. As of the date of this Order, Plaintiff has failed to file proof of service as to any defendant. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 20, 2024, why its claims should not be dismissed without prejudice for lack of timely service.

IT IS FURTHER ORDERED THAT the initial case management conference scheduled for December 11, 2024, is VACATED because no defendant has appeared and the parties failed to file a case management statement by the November 27, 2024, deadline. ECF No. 6.

**IT IS SO ORDERED.**

Dated: December 4, 2024

_____
Eumi K. Lee
United States District Judge