CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab, Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE DOLLY, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO, <br><br> Defendants. | Case No.: 5:24-cv-06244-EKL <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Civil L.R. 3-12 and 7-11) <br><br> Judge:      Hon. Eumi K. Lee <br><br> Date Action Filed:  September 4, 2024 |

FENWICK & WEST LLP

ADMIN. MOT. TO RELATE CASES                                Case No.: 5:24-cv-06244-EKL

FENWICK & WEST LLP

This is a securities class action arising under the federal securities laws against defendant GitLab, Inc. ("GitLab") and certain of its officers and directors (defendants Sytse Sijbrandij, Brian G. Robins, and David DeSanto).  After this suit was filed, two related stockholder derivative cases, also asserting federal securities law claims (and state law claims) based largely on the same statements and allegations against GitLab's officers and directors (including all of the individual defendants named here) were filed.  Because the matters are interrelated, GitLab and the individual defendants hereby move this Court to consider whether, under Civil Local Rules 3-12(b) and 7-11, the three cases should be deemed related and assigned to a single judge.  In order of filing date, the matters submitted for determination are as follows:

| **Case Name** | **Case Number** | **Filing Date** |
| --- | --- | --- |
| *Dolly v. GitLab, Inc. et al.* ("*Dolly*") | 24-cv-06244 | 9/4/2024 |
| *Preciado v. Sijbrandij et al.* ("*Preciado*") | 25-cv-01597 | 2/14/2025 |
| *Jones v. Sijbrandij et al. ("Jones")* | 25-cv-01735 | 2/19/2025 |

(together, the "Actions").

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  These criteria are met here.

The allegations at issue in *Dolly, Preciado,* and *Jones* concern substantially the same parties and events.  Plaintiffs in all three Actions purport to be GitLab stockholders and all three actions name GitLab, Sytse Sijbrandij, and Brian G. Robins as defendants.  While *Preciado* and *Jones* are purported derivative actions against directors and officers of GitLab and *Dolly* is a securities class action, the allegations at issue in all three Actions concern substantially the same events, *i.e.*, defendants' public statements during the period from June 2023 to June 2024.  Moreover, because the plaintiffs in the derivative suits (*Preciado* and *Jones*) base their damages claim largely on any alleged liability in the securities class action (*Dolly*), the three cases are necessarily related and will require coordination.  Judge Breyer—currently assigned to *Preciado*—recently transmitted a judicial referral to consider whether *Preciado* should be related

FENWICK & WEST LLP

to *Dolly*. Dkt. No. 46. Given that substantially similar parties, statements, and events are involved in each of the Actions, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges. Accordingly, relating these actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a). Indeed, securities class actions, and follow-on derivative suits, are routinely deemed related and assigned to a single judge.

In furtherance of this motion, and in compliance with Civil Local Rule 7-11, the parties in the *Preciado* Action and in the *Jones* Action have stipulated and agreed that the matters should be deemed related to *Dolly*, the first filed action. *See* Stipulations Regarding Administrative Motion to Consider Whether Cases Should Be Related, attached hereto as Exhibits A and B. For all the foregoing reasons, the defendants respectfully request that this Court enter an order relating the Actions.

Dated:    March 13, 2025

FENWICK & WEST LLP

By: *Catherine D Kevane*

Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350
Email:        ckevane@fenwick.com

Attorneys for Defendants GitLab, Inc., Sytse Sijbrandij, Brian G. Robins, and David DeSanto