# Exhibit A

CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, and Godfrey Sullivan, and Nominal Defendant GitLab Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PRECIADO, derivatively on behalf of GITLAB INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SYTSE SIJBRANDIJ, BRIAN G. ROBINS, DAVID DESANTO, SUNDEEP BEDI, KAREN BLASING, SUE BOSTROM, MATTHEW JACOBSON, MARK PORTER, MERLINE SAINTIL, and GODFREY SULLIVAN,<br><br>　　　　　　Defendants, and<br><br>GITLAB INC.,<br><br>　　　　　　Nominal Defendant. | Case No.: 3:25-cv-01597-CRB<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Date Action Filed:  February 14, 2025 |

FENWICK & WEST LLP

FENWICK & WEST LLP

Plaintiff Eduardo Preciado ("plaintiff"), nominal defendant GitLab Inc. ("GitLab"), GitLab's officers and directors named in this suit (Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, and Godfrey Sullivan) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 4, 2024, a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against GitLab and certain of its officers and directors with respect to the Company's public statements during an alleged class period of June 5, 2023 to June 3, 2024, captioned *Dolly v. GitLab Inc. et al.*, Case No. 5:24-cv-06244-EKL ("*Dolly*") was filed;

WHEREAS, on February 14, 2025, plaintiff filed this stockholder derivative action (the "*Preciado*" action) alleging violations of the federal securities laws, and state law claims, against the same defendants and certain additional officers and directors of GitLab relating to the same general time period and many of the same statements at issue in *Dolly*;

WHEREAS, the *Dolly* action is currently assigned to the Honorable Eumi K. Lee and the *Preciado* action is assigned to the Honorable Charles R. Breyer;

WHEREAS, the Parties agree that *Preciado* should be related to *Dolly* because (1) they arise from substantially the same events and concern substantially the same parties; (2) will require coordination; and (3) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different judges;

IT IS ACCORDINGLY STIPULATED AND AGREED by the Parties, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, through their respective undersigned counsel, that *Preciado* should be related to the lower-numbered *Dolly* action.

///

///

///

///

Dated:    March 13, 2025

FENWICK & WEST LLP

By: _Catherine D. Kevane_
      Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350
Email:        ckevane@fenwick.com

Attorneys for Defendants Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, and Godfrey Sullivan, and Nominal Defendant GitLab Inc.

Dated:    March 13, 2025

THE BROWN LAW FIRM, P.C.

By: _/s/ Robert C. Moest_
      Robert C. Moest

2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone:  310.915.6628
Facsimile:   310.915.9897

Attorneys for plaintiff Eduardo Preciado

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:    March 13, 2025

By: _Catherine D. Kevane_
      Catherine D. Kevane

FENWICK & WEST LLP

STIP. RE ADMIN. MOT. TO RELATE CASES

2

Case No.: 3:25-cv-01597-CRB