# Exhibit B

CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants Sytse Sijbrandij, Brian
G. Robins, Karen Blasing, Merline Saintil,
Godfrey Sullivan, Matthew Jacobson, Sundeep
Bedi, and Sue Bostrom, and Nominal Defendant
GitLab, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONES, derivatively on behalf of GITLAB INC., <br><br>                      Plaintiff, <br><br>       v. <br><br> SYTSE SIJBRANDIJ, BRIAN G. ROBINS, KAREN BLASING, MERLINE SAINTIL, GODFREY SULLIVAN, MATTHEW JACOBSON, SUNDEEP BEDI, and SUE BOSTROM <br><br>                      Defendants, and <br><br>  GITLAB INC., <br><br>                      Nominal Defendant. | Case No.: 4:25-cv-01735-KAW <br><br> **STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Judge:  Hon. Kandis A. Westmore <br><br> Date Action Filed:  February 19, 2025 |

STIP. RE ADMIN. MOT. TO RELATE
CASES

Case No.: 4:25-cv-01735-KAW

FENWICK & WEST LLP

FENWICK & WEST LLP

Plaintiff Robert Jones ("plaintiff"), nominal defendant GitLab Inc. ("GitLab"), GitLab's officers and directors named in this suit (Sytse Sijbrandij, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, and Sue Bostrom) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 4, 2024, a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against GitLab and certain of its officers and directors with respect to the Company's public statements during an alleged class period of June 5, 2023 to June 3, 2024, captioned *Dolly v. GitLab Inc. et al.*, Case No. 5:24-cv-06244-EKL ("*Dolly*") was filed;

WHEREAS, on February 19, 2025, plaintiff filed this stockholder derivative action (the "*Jones*" action) alleging violations of the federal securities laws and a state law claim, against the same defendants and certain additional officers and directors of GitLab relating to the same general time period and many of the same statements at issue in *Dolly*;

WHEREAS, the *Dolly* action is currently assigned to the Honorable Eumi K. Lee and the *Jones* action is assigned to the Honorable Kandis A. Westmore;

WHEREAS, the Parties agree that *Jones* should be related to *Dolly* because (1) they arise from substantially the same events and concern substantially the same parties; (2) will require coordination; and (3) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different judges;

IT IS ACCORDINGLY STIPULATED AND AGREED by the Parties, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, through their respective undersigned counsel, that *Jones* should be related to the lower-numbered *Dolly* action.

///

///

///

///

STIP. RE ADMIN. MOT. TO RELATE CASES                1                Case No.: 4:25-cv-01735-KAW

Dated:   March 13, 2025

FENWICK & WEST LLP

By: _Catherine D Kevane_
     Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350
Email:        ckevane@fenwick.com

Attorneys for Defendants Sytse Sijbrandij, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, and Sue Bostrom, and Nominal Defendant GitLab, Inc.

Dated:   March 13, 2025

GLANCY PRONGAY & MURRAY LLP

By: _/s/ Pavithra Rajesh_
     Robert V. Prongay
     Pavithra Rajesh

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   310.201.9150
Facsimile:   310.201.9160
rprongay@glancylaw.com
prajesh@glancylaw.com

Attorneys for Plaintiff Robert Jones

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   March 13, 2025

By: _Catherine D Kevane_
     Catherine D. Kevane