CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE DOLLY, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO,<br><br>Defendants. | Case No.: 5:24-cv-06244-EKL<br><br>[~~PROPOSED~~] ORDER RELATING CASES<br><br>Judge:  Hon. Eumi K. Lee<br><br>Date Action Filed:  September 4, 2024 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

[~~PROPOSED~~] ORDER RELATING CASES

Case No.: 5:24-cv-06244-EKL

An Administrative Motion to Consider Whether Cases Should be Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to *Dolly v. GitLab Inc. et al.*, Case No. 5:24-cv-06244-EKL, I find that the more recently filed cases, *Preciado v. Sijbrandij et al.*, Case No. 3:25-cv-01597-CRB and *Jones v. Sijbrandij et al.*, Case No. 4:25-cv-01735-KAW, are related to the case assigned to me and shall be reassigned to me.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____ March 18 _____, 2025

_____
Hon. Eumi K. Lee
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER RELATING CASES            1            Case No.: 5:24-cv-06244-EKL