CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JULIAN A. SARABIA (CSB No. 359295)
jsarabia@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLIE DOLLY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO<br><br>Defendant. | Case No.: 5:24-cv-06244-EKL<br><br>**DECLARATION OF FIONA Y. TANG IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:        July 16, 2025<br>Time:        10 a.m.<br>Dept:        Courtroom 7, 4th Floor<br>Judge:       Honorable Eumi K. Lee |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Fiona Y. Tang, declares as follows:

1.    I am an attorney admitted to practice before this Court and an associate at the law firm of Fenwick & West LLP, counsel for Defendants GitLab Inc. ("GitLab" or the "Company"), Sytse Sijbrandij, Brian G. Robins and David DeSanto (collectively "Defendants") in this action.

2.    The purpose of this declaration is to provide the Court with exhibits relevant to Defendants' Motion to Dismiss the Second Amended Complaint, filed concurrently herewith.  As explained below, these exhibits include (i) GitLab's press releases, earnings releases, earnings call transcripts and filings with the Securities and Exchange Commission (the "SEC"), including the statements which are the subject of the Second Amended Complaint, (ii) defendants' public statements at industry conferences specifically referred to and/or quoted in the Second Amended Complaint, and (iii) analyst report referenced in the Second Amended Complaint.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

3.    Attached as **Exhibit 1** is a true and correct copy of GitLab's June 5, 2023 earnings release for the first quarter of fiscal year 2024, filed with the SEC on or about June 5, 2023.

4.    Attached as **Exhibit 2** is a true and correct copy of the transcript from GitLab's June 5, 2023 earnings call for the first quarter of fiscal year 2024.

5.    Attached as **Exhibit 3** is a true and correct copy of excerpts from GitLab's Form 10-Q for the first quarter of fiscal year 2024, filed with the SEC on or about June 6, 2023.

6.    Attached as **Exhibit 4** is a true and correct copy of GitLab's September 5, 2023 earnings release for the second quarter of fiscal year 2024, filed with the SEC on or about September 5, 2023.

7.    Attached as **Exhibit 5** is a true and correct copy of the transcript from GitLab's September 5, 2023 earnings call for the second quarter of fiscal year 2024.

8.    Attached as **Exhibit 6** is a true and correct copy of excerpts from GitLab's Form 10-Q for the second quarter of fiscal year 2024, filed with the SEC on or about September 6, 2023.

9.    Attached as **Exhibit 7** is a true and correct copy of the transcript from GitLab's September 7, 2023 presentation at the Goldman Sachs Communacopia + Technology Conference.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.    Attached as **Exhibit 8** is a true and correct copy of the transcript from GitLab's September 12, 2023 presentation at the Piper Sandler Growth Frontiers Conference.

11.    Attached as **Exhibit 9** is a true and correct copy of the transcript from GitLab's November 14, 2023 presentation at the RBC Capital Markets Global Technology Conference.

12.    Attached as **Exhibit 10** is a true and correct copy of GitLab's December 4, 2023 earnings release for the third quarter of fiscal year 2024, filed with the SEC on or about December 4, 2023.

13.    Attached as **Exhibit 11** is a true and correct copy of the transcript from GitLab's December 4, 2023 earnings call for the third quarter of fiscal year 2024.

14.    Attached as **Exhibit 12** is a true and correct copy of the transcript from GitLab's March 4, 2024 earnings call for the fourth quarter of fiscal year 2024.

15.    Attached as **Exhibit 13** is a true and correct copy of the transcript from GitLab's March 7, 2024 presentation at the Morgan Stanley Technology, Media, and Telecom Conference.

16.    Attached as **Exhibit 14** is a true and correct copy of the transcript from GitLab's March 27, 2024 special investor call hosted by Truist Securities.

17.    Attached as **Exhibit 15** is a true and correct copy of excerpts from GitLab's Form 10-Q for the third quarter of fiscal year 2024, filed with the SEC on or about December 5, 2023.

18.    Attached as **Exhibit 16** is a true and correct copy of GitLab's Form 10-K for fiscal year 2024, filed with the SEC on or about March 6, 2024.

19.    Attached as **Exhibit 17** is a true and correct copy of excerpts from GitLab's Form 10-Q for the first quarter of fiscal year 2025, filed with the SEC on or about June 4, 2024.

20.    Attached as **Exhibit 18** is a true and correct copy of GitLab's March 4, 2024 earnings release for the fourth quarter and fiscal year 2024, filed with the SEC on or about March 4, 2024.

21.    Attached as **Exhibit 19** is a true and correct copy of GitLab's June 3, 2024 earnings release for the first quarter of fiscal year 2025, filed with the SEC on or about June 3, 2024.

22.    Attached as **Exhibit 20** is a true and correct copy of an analyst report issued by Piper Sandler, dated March 4, 2024.

23.     Attached as **Exhibit 21** is a true and correct copy of an analyst report issued by Needham & Company, dated March 5, 2024.

24.     Attached as **Exhibit 22** is a true and correct copy of an analyst report issued by Scotiabank, dated March 5, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of April, 2025.

/s/ Fiona Y. Tang
Fiona Y. Tang