# Exhibit 7

**News**Room

9/7/23 FD (Fair Disclosure) Wire 19:45:00

FD (Fair Disclosure) Wire
Copyright (c) 2023 Refinitiv, an LSEG business, and VIQ Media Transcription, Inc.

September 7, 2023

GitLab Inc at Goldman Sachs Communacopia + Technology Conference - Final

Presentation

KASTHURI GOPALAN RANGAN, HEAD OF SOFTWARE COVERAGE, GOLDMAN SACHS GROUP, INC., RESEARCH DIVISION: Thank you, everybody. Thank you, Sid. It's so good to see you. It's been a while.

SYTSE SIJBRANDIJ, CO-FOUNDER, CHAIRMAN, PRESIDENT & CEO, GITLAB INC.: Thanks for having me.

KASTHURI GOPALAN RANGAN: Absolutely. You look great. You sound good. This is the third day of the conference. I think the audience has heard me say this so many times at Third day is the best day. Day 3 is the best. We end with a bang. And you look at the quality of companies don't tell that to the company management that's presented on day 1 and day 2. This is the best lineup. So we're really happy to have Sid Sijbrandij, Founder and CEO of GitLab, join us this afternoon. I believe this is your first Goldman Sachs conference.

SYTSE SIJBRANDIJ: It is.

KASTHURI GOPALAN RANGAN: Yes. Last year, we had some schedule conflict, and this is the first opportunity to host you. So welcome -- a big welcome to the Goldman Sachs Communicopia Technology Conference.

SYTSE SIJBRANDIJ: Yes, thanks for having me.

Questions and Answers

KASTHURI GOPALAN RANGAN: Absolutely. Absolutely. So since we've not done this before, -- what are your goals for the company in the next 5 years? Where do you want the company to look like? What are your aspirations your biggest dreams, our audacious goals?

SYTSE SIJBRANDIJ: Yes. We see a future where we're going to be best-in-class in every part of the DevSecOps' lifecycle. So being able to replace every point solution that customers are currently using with something better, but also be able to host the data and the models that are essential to tomorrow's applications. We want to be a single software platform for all of R&D.

KASTHURI GOPALAN RANGAN: And what does that -- so the point solutions that are not doing a good job today, how do you visualize the friction-free in this perfect world where somebody is on GitLab? What does that process look -- what does their day look like relative to the day-to-day?

SYTSE SIJBRANDIJ: So if you weren't using GitLab, you'd be hopping from Jira to GitHub to Jenkins, to Checkmarx, to Harness, you'd be hopping between all these different applications. And we see that if people move to GitLab, they get a 7x improvement in cycle time. They're able to go through the process 7x faster, which is an amazing win. That's due to a single interface, a single data store, really streamlining that process.

KASTHURI GOPALAN RANGAN: And as that value proposition continue to stay resonant in the face of the competition, also trying to maybe copy what GitLab made a name for itself with -- or how much of the difference between that?

SYTSE SIJBRANDIJ: Yes, I think we have a big head started, and we have the most comprehensive platform. If you look at security, only GitLab has dynamic application security testing, container scanning, API security-first testing. Look at operations, only GitLab feature flag, incident management, service desk functionality, we're able to give better data over the -- on the overall process. We have portfolio management, OKR management, DORA metrics, value stream management, and that's what helps companies go faster through the entire process.

KASTHURI GOPALAN RANGAN: And if this vision comes true, what -- how do we think about the savings, process wise 7x faster, completely get it, as you become more institutionalized the companies that have adopted GitLab at scale that have thousands and thousands people. What kind of savings do they get by deploying this.

SYTSE SIJBRANDIJ: Yes. A Forrester study shows that they have a 427% return on investment over 3 years. And that's from being able to consolidate spend not having the integration cost between all those different apps. There are people being able to do more in their day and reducing that cycle time.

KASTHURI GOPALAN RANGAN: Got it. You should charge more. If it's more than 427% return.

SYTSE SIJBRANDIJ: You're going to ask a question about our pricing I anticipate.

KASTHURI GOPALAN RANGAN: Yes, [Gilly] will definitely get into pricing. But I'm curious, the big return on investment. And -- the -- I know you were early on to flag the macroeconomic concerns. But just to get the -- that part of the story out -- I mean it's a secular aspect in this cyclical aspect. This cyclical aspect everybody is going through what they're going through. Where are we -- are we done with the bottoming of all the metrics, the net expansion rate coming under pressure because of attrition, lack of expansion within your customer base? Where are we in that cycle?

SYTSE SIJBRANDIJ: Yes. We've announced earnings on Tuesday, and we said we see a stabilization. Q2 was very similar to Q1. And all of these metrics are now stabilizing the gross retention number for GitLab. It's a trailing metric over 12 months, but we're getting to the point next quarter, we'll be 1 year in and then that should stabilize as well.

KASTHURI GOPALAN RANGAN: Got it. So as you -- I know that the January quarter was a very odd one because the first couple of months were okay. And then third month, you saw a big decline in net expansion rate. And then when you guys reported, I mean, I don't mean to get too much into the numbers. I know you're the technologist and I want to hear more about the product. But in the interest of understanding the trajectory, is it right to say that the net expansion rate unlike that Q4 where it got worse as the quarter ended, did it get better as this quarter ended.

SYTSE SIJBRANDIJ: Yes, we haven't seen that either. I think since that January, there's been a new normal. There used to be aspirational buying. We think we're going to do this. We're going to buy all the licenses in one big deal. And now it's really companies are taking it as it goes and because the future is unpredictable, and that's the new normal just by what we need and that trend is now the new normal for us too.

KASTHURI GOPALAN RANGAN: Got it. Got it. Got it. So people sort of overbought, got over enthusiastic, it sounds like.

SYTSE SIJBRANDIJ: I think because companies were growing, they it made sense to buy extra licenses upfront and negotiate rather than being forest in the year to renegotiate and not have a good negotiation position. But as companies have toned down their hiring. That dynamic has shifted.

KASTHURI GOPALAN RANGAN: Your net expansion rate is still very solid, to be sure, right? It used to be very high 143 or so is down to 128?

UNIDENTIFIED COMPANY REPRESENTATIVE: [1 24].

KASTHURI GOPALAN RANGAN: Still very good. I mean we know companies who net expansion rates have gone to 100 or maybe below 100. So it's still good too. So which means that the end market, the software developers is just -- they're not being hired at a fast enough rate. it's not that they're being laid off or having it something selling to salespeople and fewer salespeople in the tech industry than a year back. That's not the dynamic we're talking about here at all.

SYTSE SIJBRANDIJ: Yes.

KASTHURI GOPALAN RANGAN: Much healthier.

SYTSE SIJBRANDIJ: Every company still needs to become a software company. They still need people to do that. It's just that the very fast hiring that's passed us now.

KASTHURI GOPALAN RANGAN: Yes. Yes. Excellent. Excellent. So as you talk to customers, and I've asked this question of every other CEO who is -- who have gone through probably 21, 22 CEOs and 5 CFOs. And I'll share with you what I've heard so far. But as you talk to customers, what are they saying about calendar '24?

SYTSE SIJBRANDIJ: I think everyone's cautious. We're looking forward to the next year. And we'll see some of the price increase effect to kick in. We've got a new product called GitLab Dedicated, which is a single-tenant SaaS offering that's super interesting for customers that want to have their own thing on their own private cloud that still want us to run the product. So we'll see the effects of AI KK more. We have 10 features now available to customers, but we'll be selling those. So we're looking forward towards next year, but if I could predict the macro economy, I probably wouldn't be a software CEO.

KASTHURI GOPALAN RANGAN: I have some news for you. We have a macroeconomic -- economist who has actually been quite good. Jan Hats, CEO has been calling for a soft landing for quite some time. I think it looks like we are having a soft landing. And I'm sure you guys have heard this many times before. We have coapted this term. We're calling it a software landing. And it's -- I think it's a GS proprietary thing. It's software landing. We've got to start using that software landing. So our -- his reasoning goes like this. We've been through the worst of rate increases, inflation relatively under control. So maybe a couple of more rate increases, even if that happens, it should not really choke the economy.

You're seeing the labor market come into the right level of balance and the GDP is still 2% and the supply chains are nursing back to health overall. So if you kind of play the scenario out in the past 18 months, we've been through one of the worst times possibly that could be inflicted upon us. And we still are alive or your net expansion rate is 124 when rates run from 0 to 525 basis points, it's like a pretty damn good achievement. I know that it's down. But I think we should somewhat be relieved that it was not that bad. It was bad. It was not that bad. But then the next 12 months, next 15 months, we see some stability in the economic environment and there everybody is not running for covers and saying, we're going to have a recession.

We've been behaving like. It's going to be a recession for the past 2 years, really. But if you take that off, what does GitLab look like? What are the things that you see that could come unblocked from the customer spending perspective?

SYTSE SIJBRANDIJ: The biggest thing that happens for us is the recognition of our category. In this quarter, Gartner and Forrester released a quadrant for our category, DevOps platforms, Gartner calls us out as one of the leaders with rating us the absolute highest on the ability to execute. And then the Forrester one, we were the only leader. So we've been trying for years to get a category created. It's created now. And we see this market moving from point solutions to this platform. This is a $40 billion market block. So the macro can do a lot of things, and we'll certainly go up and down with it. But the secular trend of going from point solutions to platforms. That's what we're really excited about.

KASTHURI GOPALAN RANGAN: Got it. Got it. So you've been -- you cannot grow unless you hire, but are you thinking about stepping up the pace of hiring. And if you are, what are the things that you need to see from the standpoint of demand signals and KPIs, forward-looking indicators that you can say, no, I'm going to start hiring?

SYTSE SIJBRANDIJ: Yes, we want to grow, but do it responsibly. We've shared the expectation that next year will be cash flow breakeven. This quarter, we grew 38%. But year-over-year, we had a 23% margin improvement on our non-GAAP metrics. So really being able to get additional operational efficiency. That being said, we're hiring, especially in sales and R&D.

KASTHURI GOPALAN RANGAN: Okay. Are you stepping up the rate or it's about the same as the previous quarter or is there a change in the hiring is what I'm...

SYTSE SIJBRANDIJ: I think it's relatively stable. Where as I think in R&D where it's going a bit faster.

KASTHURI GOPALAN RANGAN: Okay. Okay. Great. So, when we look at the competitive environment, there is a quick tendency to conclude that GitLab copilot has had tremendous impact, which it clearly has. How do you look at that cogeneration single trick which is an effective trick. Does that change the competitive landscape for you guys? Have you seen any changes at all evaluation, et cetera? I want to hear the answer to that, and then I have another question about your own cogeneration feature, which we've been expecting for quite some time.

SYTSE SIJBRANDIJ: Cool. Yes. We'll talk about that next. I think cogeneration is important. We'll talk about our feature there. First, I think to give some context, we just released the State of DevOps report on Tuesday. And often people in the DevSecOps process, about half are developers, but they spend only 25% of their time coding. So if you make more effective, that's helpful. And it's also super helpful to help them with the other 75% of their time. And you've got to make the security and operations people also more effective.

Otherwise, you're going to get bottlenecked. So it's not just generating more code. For example, we have a feature -- an AI feature called suggested reviewers. It suggests the best reviewer for your code because most of the time that it takes to get something out to market, it's not time spent coding behind the keyboard, but waiting for the right -- to find the right person to review your code. So we now have 10 AI features usable by customers today, 3x more than the competition, and they help throughout that life cycle, and that's super important to get the overall efficiency up.

KASTHURI GOPALAN RANGAN: And the cogeneration, are you -- it's something that Google's been working on, it's Cody? Is that something that you could find partnership opportunities with?

SYTSE SIJBRANDIJ: Yes. We're partnering with Google on that.

KASTHURI GOPALAN RANGAN: Tell us more about that?

SYTSE SIJBRANDIJ: Yes. We're using their coding model. On Google Vertex. So that's been a great partnership. Google Max was just you have Thomas Cury there.

KASTHURI GOPALAN RANGAN: Yes. Just before you, yes.

SYTSE SIJBRANDIJ: Great partnership. They named us Partner of the Year, again, for the third time in a row. And they also -- we also jointly announced that they'll integrate GitLab into their Google Cloud console. So super excited about that.

KASTHURI GOPALAN RANGAN: When is that coming out, the integration?

SYTSE SIJBRANDIJ: They haven't given a time line yet.

KASTHURI GOPALAN RANGAN: Okay. Well, we're all waiting with like baited breadth because that's important to restore some balance of forces in the market. You got one big company, Microsoft that is getting a lot of attention, which deservedly so within this. This is the partnership that -- the other side of it has not been seen yet, the competitive response.

SYTSE SIJBRANDIJ: Yes. I think as...

KASTHURI GOPALAN RANGAN: Thing could be said with Google helping you guys with...

SYTSE SIJBRANDIJ: I think we're super excited about our partnerships. And it's not Google, for example, AWS just released an integration for GitLab with their co pipeline products. So I think as GitHub has more and more Azure-only features, the other hyperscalers are getting closer to us, which is great.

KASTHURI GOPALAN RANGAN: And so it's not like there is pent-up demand for code generations. That is only 25% of what the developer does, right?

SYTSE SIJBRANDIJ: Yes. And it's an important part, and it's something where AI can help tremendously. We're super excited. We have Code Suggestions out in beta. We'll make it generally available later this year.

KASTHURI GOPALAN RANGAN: Tell us about the other AI features that you have that the competition does not have. And what is it that Wall Street needs to know and people like me and Gilly need to know that. That there -- this is the AI story of GitLab, that has not been told. What is that AI story?

SYTSE SIJBRANDIJ: Yes. So there's 10. I'm not going to go into all of them, we've talked about Code Suggestions, we talked about Suggested Reviewers. Another one is explain this vulnerability because -- the software is really good at saying, oh, these are the vulnerabilities we found. But then what's the next step? And AI can help you there give you context and see whether it applies to you.

KASTHURI GOPALAN RANGAN: And the -- the price -- so Gilly is going to talk to you about the price increase. So let me point to Gilly now. .

UNIDENTIFIED ANALYST: Yes. we really kind of get the pricing ceases. First of all, thanks Sid for taking the time and being with us today. I want to actually ask you around generative AI, if you see a particular stage in the software development life cycle that you think that this will have outsized opportunity in and definitely caters and tries to add that value in -- like further part of the tougher development life cycle. And so is that where you're going to see that differentiated solution?

SYTSE SIJBRANDIJ: I think we're in a unique position because we have a more comprehensive product. We have a single data store and at GitLab, we can do more. And I think the quantity of AI features is an example of that. Another AI feature, for example, is to summarize an issue. We just announced during earnings that at a large multinational bank, you thousands of users from Jira to GitLab in order to have them as part of that life cycle. And there too, AI can make a major impact.

UNIDENTIFIED ANALYST: Yes. And so that does bring us to pricing and you guys released at GitLab 16, you guys really GitLab Duo. And you also recently did a price increase. Can you tell us a little bit about how you think your overall strategy for pricing? And then also how that manifest itself with a lot of the new generative AI tools?

SYTSE SIJBRANDIJ: Yes. So in April, we did a price increase for GitLab premium from $19 to $29. And it's been 5 years since we changed the pricing. In that time, more than 400 new features came out that add a lot of value and allowed our customers to replace more point solutions. So we want to make sure we always generate more value than we captured, but it was the time to raise the price, and that's going to have an effect over a long time because contracts got to come up for renewal typically 12 months or more. Then there's the ratable nature of our revenue, and there's some -- there's a legacy pricing for the existing customers.

UNIDENTIFIED ANALYST: And when you -- in your last earnings call, you also talked about compliance and security and how those are becoming greater parts of the story and what people are looking for when it comes to GitLab. So how are you as more people want more features and you really are releasing them. Should we be thinking of it as a factor of how many releases GitLab has? Or what's the overall -- your mindset when it comes to leveraging pricing or maybe putting a certain feature behind a different paywall, whether it be premium, ultimate or something else?

SYTSE SIJBRANDIJ: Yes. So most of the paid security features are in GitLab Ultimate are product for $99 per user per month. And if you look at what we offer, we offer the most comprehensive security offering in the market. We're able to replace products like sneak, checkmarks, Synopsys, Black Duck with it. It goes all the way from aesthetic and dynamic scanning, container scanning, API, first testing, secret detection. It's a superior product to everything on the market but it also allows us to have a compliance functionality that is unlike anything else.

The only alternative for GitLab would be to build the compliance yourself. But with GitLab, it's easy to prove like on every environment with every project, with every change to that project, I've met all these objectives. We've done all the scans, I've reviewed all the reports that came out. Every piece of code was reviewed by 2 people. It's really hard to do that. It's really hard to make that yourself and GitLab is the only product that offers it out of the box.

UNIDENTIFIED ANALYST: Understood. Understood. And through this conversation I've actually drawing a parallel to another company that we had up here, and they mentioned how they're seeing a mind shift change within customers and the conversations that they're having from open source to managed services such as what GitLab can offer. I know you guys had removed that seat capacity or like the unlimited free version in that sense, and that's been driving a lot of that conversion and you're expecting that to be a bigger growth driver next year. Do you agree with that overall mindset within the industry and what you're seeing there?

SYTSE SIJBRANDIJ: What we did is we -- on GitLab.com, where we hosted for you, we instituted a seat limit of 5. You have more users, you need to switch to a paid plan. that's to make our business sustainable. We were paying for the hosting costs, and we want to make sure that gets made. Our open source version of GitLab still has unlimited users, but then the users the companies themselves pay for the hosting.

UNIDENTIFIED ANALYST: Understood. And when we think about -- you just mentioned cost and my mind went back to generative AI around how to think through the costs associated with that and the computing cost. And I know that you mentioned your partnerships with both Google and AWS as well as others. And how is that helping you with the not as go to market, but also with some of that training and operation inferencing costs that are related to those types of services?

SYTSE SIJBRANDIJ: Yes. We want to leverage our partnerships with the hyperscalers to do that. We don't want to become experts in building large language models. So should probably be only a few companies in the world doing that. So it's great that you have things like Google Vertex, Amazon, Bedrock in order to kind of do that for you, where you can focus on maybe fine-tuning, but for sure prompt engineering and integrating it into your interface.

UNIDENTIFIED ANALYST: Yes, it's very helpful.

KASTHURI GOPALAN RANGAN: Sorry Sid, to make you move back before, but I am curious to get your views if you have one on Vertex AI.

SYTSE SIJBRANDIJ: I think it's great. We're big users of it. And I think our promise to customers is that their privacy and their IP its protection, it's paramount. We promised we'll never use their data to train other people and Google Vertex helps us deliver on that where it stays within our private cloud.

KASTHURI GOPALAN RANGAN: And have you had a look at Gemini the LNM are going to be coming out?

SYTSE SIJBRANDIJ: It's very interesting what's happening like the rest of day Falcon 180B came out, Gemini is coming out. CODI2 is coming out. It's just it's mindblowing how fast it's going.

KASTHURI GOPALAN RANGAN: You're such a measured man, you never say mind blowing. So if you say mind blowing its got to be great.

SYTSE SIJBRANDIJ: Yes. The innovation in AI is -- the speed is really great, and it's great to be able to kind of rely on what other peoples are making and then applying it to the product.

KASTHURI GOPALAN RANGAN: So the code generation feature once you get access to it, are you able to like GitHub copilot is whatever, x dollars, right? Are you able to charge a separate SKU or charge a premium?

SYTSE SIJBRANDIJ: Yes. We announced in earnings that it will be a separate SKU, and it will be priced at $9 at the beginning.

KASTHURI GOPALAN RANGAN: That was sort of the expectation that was said before you or you already talked about it, right? So are you -- how comfortable are you that, that price will stick, that people will pay maybe you can ask for more?

SYTSE SIJBRANDIJ: Maybe you can ask for more. Maybe the costs are higher. Like it's very early, like things like inference costs are changing really, really rapidly. So it's hard to get that exactly right. The value creation is also -- generates a ton of code, but what is the value you can charge for it. And it's -- that's all going to be very interesting.

KASTHURI GOPALAN RANGAN: Yes. And so it comes out later this quarter, the code generation.

SYTSE SIJBRANDIJ: Later this year.

KASTHURI GOPALAN RANGAN: Later this year, okay. So -- all right.

SYTSE SIJBRANDIJ: But it's already available in data for people wanting.

KASTHURI GOPALAN RANGAN: Okay. Got it. Got it. Got it. Okay. the GitLab Dedicated, let's talk about that. What kind of opportunity does it open up for you?

SYTSE SIJBRANDIJ: Yes. So we have self-managed, where you're the only one on that GitLab installation with your own database and everything else. We've got gitlab.com, where we run it for you, we make sure it's up to date. And this is the best of those 2 worlds. In your VPC is only you, but we manage and update it. So we're super excited about that offering. It's now available on AWS, and we anticipate rolling it out to GCP and Azure in the future.

KASTHURI GOPALAN RANGAN: And what kind of customers can you attract with this that you couldn't attract with the regular offering?

SYTSE SIJBRANDIJ: Yes. It's in the previous last earnings, we talked about NatWest moving to it. And it's customers that have these big regulatory requirements, but also want to get rid of the burden of operating GitLab themselves. As GitLab gets bigger, it's more and more complex to operate. So they no longer want that responsibility. You want to make sure it's always up to date. They don't have to think about it. So it's -- for us, it's some self-managed customers to this, but it's also attracting new companies. At last earnings, we talked about a competitive win against GitHub with the customer who is starting with GitLab and they are able to do so because of dedicated.

KASTHURI GOPALAN RANGAN: Got it. Anything to update us with regards to competition from Jira they take a more holistic view of software development life cycle? We had Anu Bhardwaj earlier today, and she's talking more about a holistic SDLC approach in the Jira. They already have bid bucket, right? So they realize that this whole cycle -- life cycle that you have been talking about is tremendous productivity savings as well. Have you seen that manifest in the competitive encounters?

SYTSE SIJBRANDIJ: I think what Jira does is planning, what Bitbucket does is creating software. GitLab does do those 2 things, but it also secures the software and also operates the software. So it's a merge -- it has the complete life cycle. Lastly, you cannot offer that. And that's why customers are switching to us during earnings, we talked about a multinational bank, moved thousands of users from Jira to GitLab to have everyone on the same DevSecOps platform and to benefit from these, for example, value stream metrics that we're able to better give if you do everything within GitLab.

KASTHURI GOPALAN RANGAN: That's amazing. Yes. They talked about, I think, must have been those kinds of customer losses that might have been a catalyst for them. So they are talking about the holistic view of the SDLC.

SYTSE SIJBRANDIJ: Yes. I think that's the right vision. And I think we have the product to deliver on that.

KASTHURI GOPALAN RANGAN: And you've been talking about it for many years that I've known you since the company was small. So...

UNIDENTIFIED ANALYST: I had a quick question for you around just managing costs and investments, right? We've been talking a lot about in this conversation on the breadth and the depth of the GitLab platform. And especially with the profitability improvement that you've been reporting over the last several, several quarters and actually many years, how are you thinking about that on a go-forward basis between balancing the various different life cycle -- steps in the life cycle as well as making sure that you're going after new opportunities in go-to-market and everything else?

SYTSE SIJBRANDIJ: Yes. So we told The Street, they should expect us in the new fiscal year to be cash flow breakeven we want to invest responsibly. So the vast majority of our R&D investment is going into what's getting heavy usage, source code control CI, the testing. And we're investing in revenue generators, security and compliance. A lot of the new initiatives like GitLab Service Desk, the mobile Ops functionality, the observability stack. We'll initially do a smaller investment, but we allow our customers to co-create that with us in the last August release of GitLab. We saw 237 contributions from the wider community. So it's that co-creation, where we don't have to do all the R&D by ourselves, but we work together with our customers to do it. That's the -- that's why we're able to deliver such a broad platform.

KASTHURI GOPALAN RANGAN: In the 2 minutes that we have, I want to open up to our clients to see if you have any questions. If you have a question, feel free to raise your hand, we'll bring a mic over. And have a question while people are deciding. You hired a new CRO, Chris Weber from UIPath, prior to that he was at Microsoft. Can you tell us a little bit about what the mandate for Chris is?

SYTSE SIJBRANDIJ: Yes. We're super excited to have him on board. 20 years of experience at Microsoft, he ran a $3 billion sales organization, and he's bringing that expertise, so we're looking forward to scaling with him in a very seamless transition. There's an evolution of revolution. We'll continue that things we did before, focus on the enterprise. It's always been the majority of our revenue and the focus on the partnerships with the hyperscalers. And Chris is now 7 weeks and spent a lot of time listening to our customers and the team, so super happy.

KASTHURI GOPALAN RANGAN: Any other changes in the C level or one step below like to go with Chris, anything on the go-to-market side that you've -- anybody new talent in -- any new talent you've hired?

SYTSE SIJBRANDIJ: No, the high we made before Chris is Josh. He's our CISO and security is becoming a bigger and bigger market for us. So he's an equal level equal member of the executive team reporting directly to me because we know security is paramount for our customers. We deliver the functionality. People expect GitLab to be secure. So we elevated that function.

KASTHURI GOPALAN RANGAN: Got it. Excellent. We'll give you back your minute unless there are any final questions, quick questions. I don't see any questions, but Sid, thank you so much. We hope you had a productive day today. And it was great to see you and catch up with you. And thanks for taking all our questions.

SYTSE SIJBRANDIJ: Yes. Thanks for having me.

KASTHURI GOPALAN RANGAN: Absolutely. Thank you.

[Refinitiv, an LSEG business, reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2023 Refinitiv, an LSEG business. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2023 VIQ Media Transcript, Inc. ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Refinitiv's or VIQ Media's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a

specific license from Refinitiv and VIQ Media so long as they provide conspicuous attribution to Refinitiv and VIQ Media as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- **Index References** ----

Company: GITLAB INC.; THE GOLDMAN SACHS GROUP, INC.; GARTNER, INC.

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Customer Service Effectiveness (1CU08); Customer Service Management (1CU78); Earnings Calls (1EA37); Meeting Announcements (1ME17); Sales & Marketing (1MA51))

Industry: (Artificial Intelligence (1AR14); Business Services (1BU80); I.T. (1IT96); Internet (1IN27); Internet Media (1IN67); Internet Software (1IN50); Press Releases (1PR19); Science & Engineering (1SC33); Software (1SO30); Software Technology (1SO75); Trends in Technology (1TR23))

Language: EN

Other Indexing: (Google Vertex; Bedrock; VIQ Media Transcript, Inc.; GitLab Inc; GOLDMAN SACHS GROUP, INC.; Gartner)

Word Count: 5651

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

