# Exhibit 14

**NewsRoom**

3/27/24 FD (Fair Disclosure) Wire 18:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2024 Refinitiv, an LSEG business, and VIQ Media Transcription, Inc.

March 27, 2024

GitLab Inc Fireside Chat - Final

Presentation

JOEL P. FISHBEIN, MD OF SOFTWARE AND CLOUD TECHNOLOGY, TRUIST SECURITIES, INC., RESEARCH DIVISION: Good afternoon, everybody, and welcome to the GitLab Conference Call. My name is Joel Fishbein, from Truist Securities. I'll be the host of this call today. Before we start the call, I need to read the following disclaimer statement. This call has been arranged by Truist Securities Research Department for use by institutional investors as well as issuer clients of the firm as defined under FINRA rules. If you are not an institutional investor or issuer, please disconnect at this time.

On today's call, we're very pleased to have Sytse Sijbrandij, CEO; and Brian Robbins, CFO of GitLab. These call participants are not members of the Truist Security Research Department. Otherwise -- unless otherwise indicated, their views are their own and may differ from the views of the Truist Securities Research Department and from the views of others within the firm. Please see our website at www.truistsecurities.com for our equity research library and required disclosures.

We're very pleased to have Sid and Brian join us today. In the most recent quarter, GitLab delivered a very strong performance across all metrics to finish FY '24, posting records during the quarter across growth in $100,000 and 1 million customers, hyperscaler contribution, the largest first order in the company history, largest bookings and dollar-based net retention reaccelerated to 130%. And it seems like churn and contractions continue to improve.

We see numerous growth initiatives, including premium pricing tier increase, ultimate tier agile planning add-on, GitLab dedicated deployment and their new Duo Pro AI-assisted add-on.

In addition, the company has made significant investments in AI capabilities across their platform over the last year. I've asked participants to send me questions ahead of time, so I'll just start asking away. But if someone would like -- on the line would like to ask for me to ask a question, please e-mail me at joel.fishbein@truist.com.

Questions and Answers

JOEL P. FISHBEIN: With that, Sid and Brian, thank you very much for joining today. I know you guys both have been very busy, and we appreciate your time. So let's just dive in if that's okay with you guys.

Start with the macro. Obviously, on a lot of people's mind, we've got mixed feedback from companies in our coverage in the software land on the macro through the first earnings season of the year.

On your most recent earnings call, you said we're seeing customer buying behavior normalize with particular strength in enterprise. Where do you think we are in a rebound from an enterprise -- in an environment of contractions you called out a year

Case 5:24-cv-06244-EKL    Document 51-14    Filed 04/04/25    Page 3 of 14

ago? And is there something specific about GitLab that makes you more poised to bounce back than other software companies? So I'll start with the big macro question.

BRIAN G. ROBBINS, CFO, GITLAB INC.: Yes. Thanks, Joel, and I appreciate you having us on today, and thanks for everyone who is joining the call. It's hard to talk about the broader economy. We can talk about sort of what we're seeing. I think just starting off with the premise, every company has to become a software company. And they're trying to accelerate their software development and deployment. And so they want to ship software faster. And that's why we've really been seeing the demand is -- because the time to value and business outcomes that we're driving.

And so with our ultimate product, we spoke about the payback period is under 6 months. The ROI is over 400% in a 3-year period, and that's what our customers are seeing. So cohorts back to 2016 are still expanding today. Within the fourth quarter, we actually saw a churn in contraction go back to what rates were 6 quarters ago. And we saw really strong expansion in first store that you alluded to in your opening remarks.

JOEL P. FISHBEIN: That's great. Sid, did you want to add anything or...

SYTSE SIJBRANDIJ, CO-FOUNDER, CHAIRMAN, PRESIDENT & CEO, GITLAB INC.: No, thanks.

JOEL P. FISHBEIN: Okay. In terms of the -- Brian, how does the macro impact your hiring plans for the year? And what's a typical enterprise customer conversations these -- like these days?

BRIAN G. ROBBINS: It's been the same throughout the sort of the pandemic, it went from a technical to somewhat of a financial sale. And so our team has modified their approach a little on really focusing on the savings, the payback and the return. But we've seen buying behavior patterns overall, just normalize. In Q4, we had a really strong enterprise quarter, which we're really happy about, and you alluded to this as well. We saw an uptick in our dollar-based net retention rate to 130%. And ultimate bookings were for the second quarter in a row, greater than 50% of the total bookings. Our total ultimate bookings, our ARR is now 44% of our ARR, and we saw really strong hyperscale or bookings as well. Hyperscalers grew 100% year-over-year.

JOEL P. FISHBEIN: That's great. And how is your thought process around hiring? Has that changed at all now that the macro seems to be stabilizing a little bit?

BRIAN G. ROBBINS: Yes. We're hiring really in 2 main areas: one, in sales, and that's really around our internal capacity model. And depending upon what our attainment is what we'll hire. We've got basically it all built out. And so it's really adding more capacity within the -- and then the other areas within R&D. And so we're developing a lot around security and compliance. We talked about our agile planning SKU. We've done a lot on AI. And so we continue to invest in R&D as well.

JOEL P. FISHBEIN: Maybe Sid, one for you on the product side, have you seen consolidation platform play of GitLab versus best-of-breed become more or less of a theme in conversations with customers recently? And if you can elaborate on that, that would be great.

SYTSE SIJBRANDIJ: Yes. I think it's becoming more of a theme. I think the last year, the big change was that the analysts, Gartner and Forrester, introduced DevOps platforms as a category, and we're super proud to be leading that. In Forrester, we're the only leader of the category. And I think that's helping customers get around to the idea that if they consolidate their point solutions into our platform, not only do they save on software spending and integration costs, but they will be able to be more efficient and move faster. Typically, they have a 7x faster cycle time by not having to hop between all the different point solutions.

JOEL P. FISHBEIN: That's great. And Brian just mentioned the continued strength in the ultimate product. What do you think is the driver of that? And are there any specific use cases or product features that are resonating with customers?

SYTSE SIJBRANDIJ: Yes. The main driver of that today is security and compliance. Customers typically already have a lot of security point solutions. What GitLab enables them to do is to consolidate their spend, like instead of 4 different products, they just need GitLab. They don't have as much of an integration effort. The most important thing is that they can shift it left and prove compliance. Shifting security left means doing it early -- earlier in the cycle. And if you have your security earlier in the cycle, the findings are quicker to address. That's easier to address the findings.

The other thing is to have compliance as a part of it, proof that your -- that you're doing the things you need to be doing. Prove that to externals, internals at T-Mobile. They moved to GitLab. They moved 25,000 software projects in 2 months and that certainly enable them to run hundreds of thousands of security scans and to prove that they're running them.

JOEL P. FISHBEIN: That was a great use case that you had called out. Are there any other things that you may be working on to help bolster your security and (inaudible) compliance offering to maybe continue to differentiate from others?

SYTSE SIJBRANDIJ: Yes. We keep improving the product to make sure that it's kind of best-in-class in every aspect. We already have the broadest offering with SAST, DAST, first testing, API security. But we keep investing in it, and we recently announced acquiring Oxeye to further improve the static application security testing in GitLab.

We sometimes -- today, sometimes GitLab's functionality is better than the point solutions, sometimes we are worse. I want to make sure we're better in every single dimension.

JOEL P. FISHBEIN: That's great. The one question we're getting, I'm starting to get more in. There's a recent announcement regarding DevOn, autonomous coding, a lot of noise about it. What's your thought about autonomous coding and what's going on with this -- with DevOn from your perspective?

SYTSE SIJBRANDIJ: Yes, I think it's indicating 2 trends. The first trend is, a, it's not about just writing the lines of code. You also need to test a code, you need to fix security issues, you need to deploy it. And that's something we've been emphasizing. It's not just generating the line of code. You need to do everything else in the process. And according to the latest (inaudible) report, GitLab has more AI functionality. We address more use cases than any other platform by some margin.

So the second thing is it also shows that AI needs context. So the AI not only needs to be aware of like the files you have opened, but also your other code bases. It also needs to be aware of what you're planning to make. So because GitLab is kind of the system of record for us, a lot of these things, we are able to provide the AI with more context, enabling the AI to give better suggestions.

JOEL P. FISHBEIN: That's great. Another question here about a deeper dive into Duo Pro. And where you think your penetration can go? And your value there? Also questions about go-to-market on Duo and is there any flexibility in how you may be pricing the product et cetera. So any deep dive on Duo would be really helpful.

SYTSE SIJBRANDIJ: Yes. We're kind of early in kind of the adoption cycle of it. We typically deal with enterprise sales cycle. So -- it's early days. We're excited that customers like NatWest is committed to Duo and purchased it, and we're working to kind of make sure that our entire customer base gets to hear the Duo story. And -- so it's early. It's not a giant contributor to the revenue for this year. We do think it will have significant impact in the outer years.

JOEL P. FISHBEIN: You also -- NASDAQ did a pretty interesting use case webinar video as well. They were pretty excited about it. Can you -- was there any -- can you talk a little bit about the competitive dynamics maybe in either NatWest or NASDAQ relative to them adopting Duo versus something else?

SYTSE SIJBRANDIJ: Yes. Typically, what we win when the customers realize that AI is not about just writing code. It's about everything else. We have now 15 different Duo functionalities. And our kind of code writing offering is competitive, but the

unique thing that they only get with GitLab is addressing everything else. For example, helping -- assisting them in resolving vulnerabilities, helping them assigning work to the right person, doing a forecast of how fast you're going to deliver something. That's -- a lot of that is you need to GitLab and that's the differentiator that drives this.

JOEL P. FISHBEIN: Interesting. You mentioned the Oxeye acquisition, I'm not sure if I'm pronouncing it right. Was that more IP engineering talent both? And love to understand how that came to fruition.

SYTSE SIJBRANDIJ: Yes. Our typical acquisition, and this is an example of that is the rebuild it in GitLab acquisition. So we acquired IP, but also the team that built the product because GitLab is a platform with 1 interface, 1 data store, we have to typically shut down the product and then have them rebuild it within GitLab on a time scale kind of within the year. And this is another example of that.

So these are relatively smaller acquisitions that are very cost efficient and they enhance the product so that our customers can replace more point solutions. Typical security solutions we replaced are Snyk, Checkmarx, Synopsys, Black Duck and Veracode.

JOEL P. FISHBEIN: Yes, that's that AppSec space that's been around for a long time, but not a lot of modern development there, right? Is that how -- and do customers come to you to potentially acquire technologies? Or do you find them on your own? Or is it a combination of both?

SYTSE SIJBRANDIJ: There's an interesting section in the GitLab handbook about it. So if you Google GitLab handbook acquisition, you'll find a lot of details, but the shorter of it is, we want to do these acquisitions where we still have a little gap to the best-in-class solution in some aspects and kind of use these acquisitions to speed up how fast we're closing the gap, kind of make faster progress on that road map.

JOEL P. FISHBEIN: Got you. Brian, I'll go to you. Is the -- in terms of go-to-market, is there anything that you're changing from a strategic perspective to drive net new customer adds? Are you doing anything with sales rep enablement incentives to drive net new customer adds?

BRIAN G. ROBBINS: Yes. I think we try to keep our comp program pretty basic. So we aren't pushing someone to actually ultimate or premium. We do have something in there that does drive first order. And we've been continually working on our enablement.

I think what's really important is we have a lot of go-to-market motions that we actually sell through. And so talked about the hyperscale and how well those have been doing. We also have a channel program. We have a direct sales motion as well. And we've -- obviously, we're expanding geographies too. And so a number of different go-to-market motions that we have deployed.

JOEL P. FISHBEIN: So -- Yes -- can you talk about some of the changes that have been made since Chris Weber -- I guess he's been on for about 8 months now, has made to the sales organization over the time that he's been there. I know it's only 8 months, but...

BRIAN G. ROBBINS: Sid, you want to...

SYTSE SIJBRANDIJ: Happy to take this. So it's evolution or revolution with Chris. The one thing he's been focusing on is serving our -- the biggest companies even better. The more complex an organization is, the more kind of compliance requirements they have to -- the kind of -- the bigger the payoff of GitLab. And we want to make sure we got really, really close to these customers with a lot of people in sales who have had big technical foundations like field CTOs, our solution architects, making professional services a bigger component of what we do because it's not just selling the product, it's also kind of making the customer successful with it and what we're focusing there more and more.

JOEL P. FISHBEIN: Great. Has Chris been able to do any recruiting of maybe higher-end enterprise salespeople to the organization that fits into that model of bigger and more strategic?

SYTSE SIJBRANDIJ: Yes, for sure. We keep hiring in sales as our revenue grows. And, one, if you want to get a good overview, if you Google GitLab jobs, you'll find all our open positions, but we're hiring, especially for kind of the technical expertise to make our customers successful because you can imagine kind of the champions of GitLab, like they bet on us. They're deprecating these point solutions moving over, and we want to make sure that it's a great experience and it gets better in every single dimension for them.

JOEL P. FISHBEIN: Got you. Brian, I get a question, switching over to FY '25 drivers. You have a lot of irons in the fire. I talked about premium price increase, Duo dedicated, agile planning, how should we think about each of those as growth drivers and from a priority perspective?

BRIAN G. ROBBINS: Yes, absolutely. We've talked about this call and other calls that these are a number of new S curves that we launch this year. It takes a little while for those to develop, if you will, and substantially add to our financials. And so we've included those in our guidance. We're super excited about all the things that we launch this year, and we'll keep you updated throughout the course of next year or this year.

JOEL P. FISHBEIN: So -- yes, so that's a good, I guess, transition into the question that I get all the time, and I'm sure you're probably sick of hearing it as well in terms of you gave constructive commentary about green shoots and normalized buying behavior across the Board in terms of the demand landscape. Can you help us contextualize your commentary on the earnings call about less conservatism? And I just love to hear what you think about that?

BRIAN G. ROBBINS: Yes, absolutely. We've been public for over 2 years. And our average beat since we've been public, has been about 7%. We're a very transparent company. I get asked all the time, is your guidance philosophy change. And so the way that we actually come up with guidance to process internally has not changed, but we're modeling to lower beats, which is really common across software in general. And so we did that because we are transparent.

We're super excited about the growth vectors that we talked about. They're still there. All that means is like after first quarter, if I beat by more than I anticipated internally, I'll have to do a bigger raise, to basically get to a lower beat that we're modeling internally. And so we wanted to call that out on this call.

JOEL P. FISHBEIN: Okay. I think that's pretty helpful in terms of the context. And so the -- so I guess the bottom line is the philosophy hasn't changed, just the conservatism is around the beats and then necessarily the size of the beats as you -- it's more of the law of larger numbers is the way I'm thinking about that, right?

BRIAN G. ROBBINS: 100%. Law of larger numbers being public for a longer period of time and just being more prudent as we go forward.

JOEL P. FISHBEIN: So can you remind us why cRPO and current billings are not necessarily good indicators of the business? Historically, looking at software companies, they're generally good indicators for seat-based software models. Your cRPO was really, really strong last quarter. Does this increase the amount of visibility that you have into the model going forward, regardless of whether it's on a quarterly basis, et cetera?

BRIAN G. ROBBINS: Yes. The great thing about the business model at GitLab, in my opinion, is that most of our revenue is ratable. And so with a ratable revenue recognition, you have a waterfall of how that's going to come out over time. We talk about short-term calculated billings, total billings, RPO and cRPO as a data point -- a single data point, it's directionally correct, but don't read too much into it based on the timing, the duration of customer contracts and so forth. If you look at those numbers over a period of a couple of quarters, you can really tell directionally where the business is going.

JOEL P. FISHBEIN: That's great. And then -- can you rip through the same thing with NRR, it inflected positively this quarter? Is there -- was there something particular about this renewal cohort that drove outperformance because you've told me and I've heard you talk to other investors that you don't allow pull-ins, right? So you weren't able to pull in any -- you didn't pull in any business to the last quarter. So you're on a natural trajectory. So maybe you could talk about that.

BRIAN G. ROBBINS: Yes. We don't. When we did the price increase, your renewal had to be within 2 weeks to basically renew it. And so we specifically did not encourage or allow pull-ins as it relates to the price increase or any other parts of the business.

And so as you noted, super happy that the dollar-based net retention rate went up to 130%. I think this is sort of another indication that validates our platform approach is resonating with the market overall. I talk a lot about time to value and positive business outcomes for our customers. And that's why cohorts from 2016 all the way up until 2023 are still expanding with us today in a relatively tight range.

As we go through the dollar-based net retention rate, we historically have given sort of what the breakdown is between seats, increased price yield and tier upgrades. And so about 40% of it is related to more seats this 12 months over the prior 12 months. And the other 40% is increased price yield. It's important. We've talked about this since being public. And so when we sell the product, we may give a certain discount for year 1. And so then in year 2, we give less of a discount. Year 3, we give less of a discount. And this is because we put so much feature functionality continually in the platform. So it's comprised of increased yield per customer as well as the premium price increase, and that was roughly about 40%. And then tier upgrade is the remaining 20%.

JOEL P. FISHBEIN: Okay. That's helpful. I'm getting a lot of questions just about seat assumptions. I think people are concerned that there's still a problem with net new seats. Obviously, we've heard about layoffs in the developer community, et cetera. Can you just level set us relative to seat count and where we are with seat expansion assumptions?

BRIAN G. ROBBINS: Yes. So I have different information than investors and how they build up the model. A lot of them, it's sort of P times Q. And so the seat conversation is really coming around. It's interesting when ultimate percent of ARR was constant for about 3 quarters. I got a lot of question about Ultimate and how that's doing. Now that that's upticked, we, in essence, sell less seats within a quarter because we're selling more Ultimate just due to the price difference between Premium and Ultimate.

And so we're happy with the seat growth that we've seen, super happy with the fourth quarter print and how we did against all those metrics that you went at the beginning of the call. And so -- yes so that's the comments around seats.

JOEL P. FISHBEIN: All right. So I'll you take a breather and go back to Sid for a minute and just talk about AI. It's on everybody's mind. Investors have voiced concerns around AI potentially driving down the overall development TAM. Just curious sort of your thoughts there.

SYTSE SIJBRANDIJ: Yes. We're not seeing that. What we suspect is that AI is going to make it easier for people to create software and that it might increase the number of people involved with the software development process because it becomes more accessible to people.

JOEL P. FISHBEIN: Got you. I asked you about Duo Pro before. We talked about NatWest and NASDAQ or whatever. And I know you're trying to temper down expectations relative to revenue. So I'm not asking about revenue. I'm more interested in people that are actually testing it and using it. Are you happy with the level of receptivity you have relative to the amount of people that are in trials on it? And do you feel like that it's going to be -- the rollout may be different with CoPilot than you've seen -- that you see with other areas, other products within the GitLab base?

SYTSE SIJBRANDIJ: Yes, it's another S curve. So it takes a while to ramp up. It's also like not all of the 15 kind of features are generally available yet, and a lot of our customers, one, only used feature when they're strong guarantees. So up to us to quickly make older parts generally available.

And then customers have seen great things as they trialed it. They see that in general, kind of the code suggestions part is more competitive and that the other things can make a big difference. Code suggestions is why some customers reported that they've seen up to 50% efficiency improvement. So that, that was very encouraging.

JOEL P. FISHBEIN: And have you seen any pushback on pricing is it relative to -- would that be a barrier to -- for adoption?

SYTSE SIJBRANDIJ: Yes. It typically isn't. We introduced it at a $9 price, but now it's a $19 price. So it seems that there's room there. You can imagine like a software developer is typically like $200,000 or something in the U.S. all-in cost. So if you make them more effective, there's a lot of gains and a great return even on a $19 offering.

JOEL P. FISHBEIN: Got you. The thing that's also hard that I get a lot of questions on it is, at GitLab, you continually are innovating and adding more features and functionality. Is that what was able for you to be able to drive the higher pricing around the Duo?

SYTSE SIJBRANDIJ: As we typically -- as we kind of add more functionality over time, you should -- we've seen average revenue per user go up. We've seen our top tier pricing go up. So it's all about kind of adding more value, replacing more point solutions, and then there's 2 benefits like the customer gets a way faster software development process with more compliance and we are able to kind of raise our prices just because we're generating so much more value for the customers.

JOEL P. FISHBEIN: Great. Let me see if there's any other questions in this. So just in terms of the implications from an R&D perspective of having a broader AI deployment, are you required to hire more engineers to support it? And then I have a follow-up relative to the regulatory requirements around implementing AI and how you guys are in a differentiated -- potentially differentiated position there?

SYTSE SIJBRANDIJ: Yes. So like we're hiring to add to our AI functionality. As Brian alluded to, we're hiring mainly in sales and R&D. And in R&D, we're investing in kind of the security and compliance features and AI and in the planning feature. So yes, AI isn't at the state yet, where you need fewer developers, we actually need more developers because of it right now.

JOEL P. FISHBEIN: Okay. Brian, for you. Just in terms of the -- if you can go through what the drivers of the acceleration in the 4Q results, do you see the DevOps environment getting better? And again, I'm getting another question around strategies around new customer acquisition, if you have anything to add there, that would be great.

BRIAN G. ROBBINS: Yes. I think the -- we talked a lot about fourth quarter and how happy we were with the quarter. We're still really, really early in a big market and the platform play is really resonating with a lot of customers. Existing customers continue to expand in landing new customers. We have 7x faster cycle time, payback period on Ultimate is about 6 months, I alluded to earlier. And it's really people trying to mostly our biggest competition is DIY DevOps.

And so they're looking to basically take this sort of tool chain of a whole bunch of different products that they're trying to bundle together and have an integrated platform that they can do software development, security on and so forth.

JOEL P. FISHBEIN: I get another question. Could you remind -- Brian, can you remind us of the SSP dynamics last year and how it shapes the year-over-year compares?

BRIAN G. ROBBINS: Yes, absolutely. And so we reported a week earlier this year. And so the SSP was not finalized at the time of earnings. And so we use the exact same percentage that we did the year before. SSP, for those who don't know, is called

stand-alone selling price, we use revenue recognition, ASC 606. And so every year, we do an analysis to see how much for a self-managed product, how much of it is recognized upfront versus ratable over the nature of the contract. And so we will give an update on the impact on the next earnings call. And we mentioned that on our last earnings call.

The impact last year was nominal. It was in the single millions of dollars. In first quarter, I called it out last year because there was about a $2.5 million increase. I wanted to once again be transparent and let investors know that. Every quarter after that, it was less than $1 million, so we didn't break it out specifically. And so when we report our first quarter earnings, I'll give an update on that and say what the impact is.

JOEL P. FISHBEIN: Okay. Margins, you have very inherent leverage in the operating model. Can you talk about your natural leverage that you're seeing versus your cost containment for the world that you're operating in right now? I'm just trying to understand what the natural leverages of the model.

BRIAN G. ROBBINS: Yes. No, absolutely. Thank you for the question. Sid and I have been very consistent in our messaging. It's a very large market. And the #1 thing is that we want to grow, but we'll do that responsibly. And we were able to get a tremendous amount of operating leverage out of the model last year. We for the year, generate cash flow and then hit an important milestone in third quarter on being non-GAAP operating income positive. And so we continue to look at investments where we need to make them, and we'll grow responsibly.

JOEL P. FISHBEIN: Okay. I'm going to go over to Sid while you get some water. I hope you're all right. So Sid, just to get back to the AI question before, AI, obviously, from a compliance perspective, raises a lot of red flags for people that are trying to adopt. I wonder if you could talk about why GitLab is in a unique position to be able to help customers with their compliance needs versus others that are out there?

SYTSE SIJBRANDIJ: Yes, it's in a couple of dimensions, but we are typically a trusted vendor. We've launched AI trust center page where we detail all the different aspects around AI. And our customers are, on one hand, they want to make sure that the AI has the context relevant to it. Like how does their code look, what are they working on, et cetera, like that needs to be fed into the AI for it to give relevant suggestions.

So on the other hand, it's really important that their intellectual property kind of doesn't leak outside of their organization, like that -- we can't use it to train models and then have to make those available to other customers. And I think so far, we've done a good job navigating those 2 things. And we're in a position of trust where we can kind of offer this functionality and supply AI with the context from kind of our system of record to make it more effective.

JOEL P. FISHBEIN: So that brings up the question we also get asked a lot, I'm sure you guys just do as well, about your competition versus GitHub. You talked about win rates being very strong against them. And I know DIY is your #1 competitor, but they disclosed over 40% year-over-year growth. Number one, do you believe it? Number two, is, how are -- are you planning any changes to your competitive strategy there? Or do you think you need to?

SYTSE SIJBRANDIJ: Yes. We feel good about our ability to compete. We are typically, I think in a -- kind of at a higher price point because we have a broader platform the enterprise agile planning, the security, the governance, even the packaging functionality and everything else, it's much broader. So customers can replace more point solutions. We create more value for them. We can charge more for that.

The Microsoft typically does bundling. So they have some flexibility in how they attribute revenue, I think kind of -- if we take down -- if we take it as the numbers with -- and assume that the attribution was valid, we're growing at the same rate. But we've caught up like we -- as a company, we started many years later, and we're now kind of in the same ballpark. So I think over time, we've seen that customers are willing to pay for something like this if it makes them more effective, and we believe we can because we have the broader platform, we can replace more point solutions at customers.

JOEL P. FISHBEIN: Okay. Thank you for that, Jira, you continue to call out displacements with enterprise agile planning. Is the server end of life a meaningful catalyst for you as well?

SYTSE SIJBRANDIJ: Yes. I think our enterprise Agile planning offering is relatively early. Like there's some stuff in Jira that we don't have equivalents for yet, like custom fields, but deprecation of server by Evasion has caused the market to kind of take stock and look for alternatives. So we wanted to raise our hand and we've got multiple kind of big companies moving thousands of people off of Jira to GitLab with great results for them. So -- it's early -- it's an early S curve, but we're very encouraged by it.

JOEL P. FISHBEIN: Great. Brian, you mentioned earlier, hyperscaler growth, I think, doubling year-over-year on the earnings call. Can you touch on your relationships with Google and AWS, how it's trended over the years and how that may be a meaningful lever of growth going forward?

BRIAN G. ROBBINS: Super happy with the partnerships. Obviously, they have much more reach than we have and then also super happy that they're partnering with us to bundle their cloud services. And so we've seen that the last 2 quarters, as you mentioned this quarter, we grew over -- we grew about 100% year-over-year. We're doing a number of things with them just not only distribution. Both of them are being used as a supplier of cloud services to us.

We also have technology partnerships that we work on in collaboration with them. And so there's a number of different avenues that we work with each of them. They're important relationships to us. We have a team that's focused just on the hyperscalers, really to continue to drive every aspect from technical to sales to the supplier relationships and optimize that as much as we can.

JOEL P. FISHBEIN: Great. I'm going to ask a couple of questions from the audience, either one. How is Duo Pro sold? Is it self-service or still heavily sales rep led? And why not let it all be self-serve?

SYTSE SIJBRANDIJ: Yes. So currently, it's sales assisted only. I think they made a great point. That in the future, it should also be available for self-serve, so we're working on that.

JOEL P. FISHBEIN: And do you anticipate any changes in your pricing going forward?

SYTSE SIJBRANDIJ: Yes, we can't announce things before we're ready to announce them to everyone. We have talked earlier about 2 aspects that as we create more value, our ASP typically goes up and that -- there's a lot of value in these AI features, and we've been able to raise the price already from $9 to $19.

JOEL P. FISHBEIN: Okay. In terms of -- let me see here, people are continuing -- are asking more about the seat growth as a contributor to net dollar retention today. Why is it such a small contributor to net dollar retention today? And how should we think about seat growth in FY '25 and onward growth?

BRIAN G. ROBBINS: Yes. We break out the components in net dollar retention. It's about the same as it was last quarter. And as I mentioned before, super happy that cohorts back to 2016 are still expanding with us today. And it makes up roughly about 40%. And so that's a -- based on the compensation philosophy that we have and how we compensate our sales reps, it's really an output to the quarter. We compensate them on bookings.

JOEL P. FISHBEIN: Got you. Sid, getting the question again on Duo here. Can you talk about your architecture that gives you a competitive advantage in AI outside of the create category?

SYTSE SIJBRANDIJ: Yes, for sure. So a lot of the Duo functionality is outside of that create category, outside of code suggestions and everything else. Helping customers kind of predict forecast, how their value stream metrics are going to look, how long will it take me to do something, GitLab AI Duo can help with that, a, helping customers with better kind of security

posture. So GitLab Duo can explain what if vulnerability, like apart from the reporting kind of help explain the vulnerability, it can even suggest fixes that's available today. So these are examples of additional functionality.

If you look at the impact of the AI, developers spend kind of 25% of their time writing code, 75% doing other things, like understanding issues. GitLab Duo can help summarize an issue. And for every developer in a typical enterprise, there's a security or an operations person. So as we make the developers more effective, we also need to make those other people more effective and GitLab Duo can help with that. So super excited about kind of the broad impact that AI can have and us being a leader in that according to the -- on the report.

JOEL P. FISHBEIN: And then in terms of the direct competition between Ultimate and some of the security products, the SAST and DAST vendors that have been legacy guys, Checkmarx, Snyk, Synopsys, Black Duck and Veracode. How have your win rates trended against those vendors? And are displacements more or less common than they were a year ago?

SYTSE SIJBRANDIJ: Yes. I think in general, like as we keep adding functionality to it, we kind of innovate faster than the incumbents. So we're able to replace them more frequently.

JOEL P. FISHBEIN: And so the displacement levels going up, not down then, right? So it sounds like...

SYTSE SIJBRANDIJ: Yes.

JOEL P. FISHBEIN: Okay. Brian, I think you already answered this question, but it said, how is ARR from the first order customers in aggregates trended through the year? And I believe you said it's been up, right, for first order of ARRs been going up per customer.

BRIAN G. ROBBINS: Yes. We've commented on this in the past. Within a given quarter, the bookings are roughly about 80% expansion from existing customers. And 20% from first order. And so that's generally remained about the same since the numbers are getting bigger, the absolute dollar amount is increasing.

JOEL P. FISHBEIN: Great. Sid, for you, are there any of the up-and-coming vendors that you see from a competitive perspective that worry you? Are there any vendors in the market that would be coming up on your radar screen from last year. Obviously, the space, there's been a lot of money being raised, et cetera, and it's always out there. Is there something out there that we just don't know about?

SYTSE SIJBRANDIJ: Well, there's a lot of innovation everywhere. I think there's 50 AI code generation companies or something right now. So there's a ton of innovation. I think we're strong in the planning, the dev and the sec part. The operations part of GitLab is not as well fleshed out. And then companies that think about like Harness and Datadog. They are very strong there. Our offering still has a lot of -- a long way to go before we kind of are better in every single dimension there. In general...

JOEL P. FISHBEIN: Do you think innovating there internally acquisition or both?

SYTSE SIJBRANDIJ: Both typically, for example, for the monitoring, we've acquired Opstrace a while back, and that's now working into the product. If you look at the competition, the #1 thing we compete with is still DIY DevOps. And the customers using point solutions. The runner up is GitHub. They come up more and more.

I think this whole space, if you zoom out, like the DevSecOps space, it's a $40 billion market. Us and GitHub together are less than 5% penetrated into it right now. So there's kind of -- there's a lot of road ahead and it's right now, as I characterize it, a two-horse race.

JOEL P. FISHBEIN: I think that's a good segue into -- you recently announced a Sabrina as your new CTO. Maybe talk about the same question I asked about Chris, in terms of what's happening in her organization. How has the transition been going? What's the potential impact?

SYTSE SIJBRANDIJ: Yes. It's evolution, not revolution. But really excited about bringing Sabrina onboard. She brings a wealth of experience. She was responsible at Google for running a billion user plus products. So she has kind of the DNA of reliability and trust that we need going forward. I think we're in a good spot now, but we'll be able to grow that even further. So very excited she's onboarding really well and just really grateful. She choose us to as her next step in her career.

JOEL P. FISHBEIN: Can you talk about some of the new product launches that are coming in FY '25? And when do you expect them to contribute to growth?

SYTSE SIJBRANDIJ: Yes. I think we talked a lot about like, hey, we got this enterprise agile planning. We've got Duo, we have dedicated, we've got the security acquisitions and that's driving Ultimate. There's a lot to be excited about. I think we're typically that -- when we start talking about it, it's because we're super excited about the long-term potential. It doesn't immediately translate into kind of huge revenue next quarter. These are all S curves, and we continually stress like, hey, we're at the beginning of it. It's incorporated into guidance, but it's not a big significant effect that we forecast for this year, but the outer years, we expect that these are things that might contribute very significantly.

But it takes maybe sometimes a bit longer than investors expect or maybe we're just early in telling investors about it, but that's the caution that we always make.

JOEL P. FISHBEIN: Got you. In terms of -- just a broader question just around AI adoption and where you are Sid, from your standpoint. We've all seen the hype. We know all the investment that's been made from a top-down view of where the enterprise is in terms of adoption of generative AI for business purposes, where do you think we are? Where do you think the barrier to adoption sits right now?

SYTSE SIJBRANDIJ: I think what we've seen is for enterprises like outside of software, it seems to be in kind of customer contact that it's a super powerful thing. For -- kind of making developers more effective, it is right now really good in greenfield projects, but almost all the work in enterprises is on existing applications and the AI needs to be fed extra context. We're super excited about kind of the so-called context windows becoming bigger where you can find -- you can feed the AI more data around like, what's on my planning? What's on my road map? What is the rest of the code base look like? And I think that will have a very positive impact about -- for the ability of AI to contribute.

And the other thing is like, it's not just code generation, it's like a lot of things. And we're excited that we have something broad, but we still need to -- even though we're kind of leading in the scope, we still have a lot of work ahead of us to make sure they're all generally available on really good experiences.

So it's still early days, I think. And there are sometimes -- what we're not seeing yet is customers. Customers have reduced the number of -- there's been some layoffs kind of in the last few quarters in the technology industry, it doesn't seem that that's correlated to AI. It's not being driven by greater efficiency. So the efficiency gains are sometimes a bit smaller than you'd say, based on the headlines.

JOEL P. FISHBEIN: Thank you. You took the Ultimate tier pricing of your website. I think, Sid, you and I talked about this before. And I think that, that was by design to have your salespeople engage with the customer. Is that right? Or is there something else more to read into that?

SYTSE SIJBRANDIJ: No, that's exactly it. If -- GitLab, sometimes we have the perception that we just do kind of version control, maybe version control and CI. We need to be able to kind of tell the story that it's a broader platform and that typically happens in a conversation. So we wanted to encourage those conversations.

JOEL P. FISHBEIN: Got you. All right. So I'm going to leave you both with the final question for you, Sid, first of all, what are you most excited about 12 to 18 -- 12 to 24 months for GitLab? And then what are you most concerned about? And I'll ask the same question to Brian. But you can't have the same answer.

SYTSE SIJBRANDIJ: I think there's -- where we're in an amazing market, the $40 billion market. We have the broadest product that can add the most value. I think that's a lot to be excited about. And then -- and most concerned, there's a lot of details to get right, and we want to make sure they'd be kind of mature kind of all the 15 different AI pieces as quickly as possible, get them to general availability. We want to close the -- any gaps that we have to the best-in-class security and planning offerings. I think that's -- we want to go as fast as we possibly can. And that's -- that requires a lot of focus and dedication.

Over to you, Brian.

BRIAN G. ROBBINS: So try to abide by Joel's guidelines and answer the same question a bit differently. But Sid talked about the $40 billion market. We launched agile planning. That just shows the robustness of the platform and sort of increase in the personas and the number of people that can use GitLab.

And so I'm super excited about all the new things that we've actually have worked on and developed and launched and seeing those growth vectors sort of take shape over this year and the years to come.

From a concern perspective, GitLab has just a tremendous culture. We continue to add a lot of team members and just sort of maintaining that culture with our values as we grow, I think, will be a critically important and a key to one of our successes.

JOEL P. FISHBEIN: That's great. Last question, Brian, for you. Is there anything you think that the -- that I didn't ask or the investor community would want to know that I should have asked you...

BRIAN G. ROBBINS: No. I think you've asked all the questions. We went through a lot on the financials. Probably the most questions I've got was, can you tell us more about guidance, right? And we went through that. And as I said, we're being more prudent, law of large numbers. Every quarter, we will give guidance, and we're just modeling internally to lower beat. So it's between 0% and 7% and you'll see that sort of play out through the year. But we're super excited about the quarter, super excited about looking forward in the overall market. And really appreciate you and everybody taking time out of their day for this call.

JOEL P. FISHBEIN: All right. With that, I really appreciate your time, and I look forward to seeing you both soon. And have a great rest of your day.

SYTSE SIJBRANDIJ: Thanks so much.

JOEL P. FISHBEIN: Thank you. Thank you.

BRIAN G. ROBBINS: Bye-bye.

[Refinitiv, an LSEG business, reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks

and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2024 Refinitiv, an LSEG business. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2024 VIQ Media Transcript, Inc. ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Refinitiv's or VIQ Media's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Refinitiv and VIQ Media so long as they provide conspicuous attribution to Refinitiv and VIQ Media as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**---- Index References ----**

Company: Truist Securities, Inc.; GITLAB INC.

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Customer Service Effectiveness (1CU08); Customer Service Management (1CU78); Earnings Calls (1EA37); Family Social Issues (1FA81); Meeting Announcements (1ME17); Sales & Marketing (1MA51); Social Issues (1SO05))

Industry: (Artificial Intelligence (1AR14); Business Services (1BU80); I.T. (1IT96); Science & Engineering (1SC33); Software (1SO30); Software Technology (1SO75); Trends in Technology (1TR23))

Language: EN

Other Indexing: (Truist Security Research Department; TRUIST SECURITIES, INC.; GitLab Inc)

Word Count: 8517

---

**End of Document**                                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.



---