# Exhibit 20

# PIPER | SANDLER

**COMPANY NOTE**
March 4, 2024

## GitLab, Inc. (GTLB)                                      Overweight

### 4Q Shows Acceleration but Guidance Language Fails to Eschew Obfuscation

### CONCLUSION

A strong 4Q with accelerating trends was eclipsed by language of 'less conservatism' in the ensuing guide (modestly lower than street), begetting rampant speculation as to the underlying meaning. While noting that the company has achieved a scale that 'the upside beats' are likely a lower percentage than in prior years, we think the story continues to set up well from here with multiple drivers underpinning the potential for outperformance with responsible growth lending to strong cash flow performance (now in the black). Still early in the DevSecOps platform story and still early in the AI opportunity. Reiterate OW.

- **Quarterly results show accelerating momentum.** Rev of $164M grew 33.3% y/y, an 80 bps accel over the prior quarter - beating our estimate by ~$6M with upside from both license and subscription. cRPO of ~$430M grew 40% y/y (vs. +33% LQ). ST billings accelerated to 35% growth (vs +30% LQ) and notably, GTLB saw record adds for $100K + and $1M+ customers as buying behavior is normalizing, particularly in enterprise. NRR also ticked up sequentially to 130%, a 2 point improvement q/q.

- **Responsible growth evidenced in margins and FCF**. Staying on script, op margin of ~8% beat our estimate by ~430 bps on the revenue outperformance and represented the second positive quarter in company history. EPS of $0.15 beat our estimate by 6 cents with strong FCF of $24.5M coming in above street expectations of ($0.4M).

- **So what gives with this guide?** Guidance for F'25 revenue was set ~$2M below street expectations at the midpoint. Op income guide implies a 1.0% margin, below the +3.7% street's expectation into the print (-$15M impact from this year's in-person all-hands meeting as well JiHu remaining in the consolidated expenses - representing another $15M). We believe that language of a "less conservative guide" pertained to the amount of top-line beat investors should expect as the company has beat initial top line growth guidance by 14 points and 12 points in the prior two fiscal years, respectively, and has little to do with any sort of increased risk being incorporated into these expectations. Relative to margins, we think upside will beget upside as the narrative of responsible growth remains a constant.

- **Our take.** 4Q results were solid, as cRPO and NRR accelerated sequentially with normalizing buying behavior and improved seat contraction giving rise to increased momentum to start the year. While the full year guidance is a conservative starting point, we are encouraged by both the current momentum alongside the many drivers the company has in place, including: price increase on Premium, Duo Pro adoption, Dedicated, Enterprise Agile Planning offering and share gains due to its strong underlying platform proposition. Reiterate OW - buyers on the weakness (off ~22% AH).

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Macro conditions, material failure/breach, competition, and rapidly evolving market.

### COMPANY DESCRIPTION

GitLab provides an open core, web-based DevOps lifecycle tool.

**PRICE: US$74.47**
**TARGET: US$75.00**
Our base case discounted cash flow assumes a terminal multiple of 35x CY28E EV/FCF, a discount rate of 18%, and 163M fully diluted shares outstanding.

**Rob D. Owens**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8317, rob.owens@psc.com
**Ethan D. Weeks**
Research Analyst, Piper Sandler & Co.
503 275-7797, ethan.weeks@psc.com
**Aidan M. Perry**
Research Analyst, Piper Sandler & Co.
503 275-8309, aidan.perry@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$75.00 |
| FY25E Rev (mil) | US$717.9 | US$731.0 |
| FY26E Rev (mil) | — | US$913.8 |
| FY25E EPS | US$0.47 | US$0.23 |
| FY26E EPS | — | US$0.61 |
| 52-Week High / Low | | US$78.53 / US$26.24 |
| Shares Out (mil) | | 165.4 |
| Market Cap. (mil) | | US$12,318.9 |
| Avg Daily Vol (000) | | 2,697 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Jan |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr | Jul | Oct | Jan | FY | CY | FY RM | CY RM | Apr | Jul | Oct | Jan | FY | CY | FY P/E | CY P/E |
| **2024A** | 126.9A | 139.6A | 149.7A | 163.8A | 579.9A | — | 21.2x | NA | (0.06)A | 0.01A | 0.09A | 0.15A | 0.20A | — | NM | NA |
| **2025E** | 166.0 | 178.7 | 187.0 | 199.2 | 731.0 | — | 16.9x | NA | (0.04) | 0.05 | 0.08 | 0.13 | 0.23 | — | NM | NA |
| **2026E** | 205.7 | 223.2 | 234.2 | 250.8 | 913.8 | — | 13.5x | NA | 0.05 | 0.16 | 0.17 | 0.22 | 0.61 | — | NM | NA |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 10 - 11 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

COMPANY NOTE
March 4, 2024

**Overview**

**Revenue Performance**



Source: PSC Research, Company Reports

- GTLB beat the midpoint of guidance by 4.0%, inline with the prior four-quarter average beat.

**Street v. PSC Prior Expectations v. Guide**

| 1Q25E | Street | PSC | Guidance |
|---|---|---|---|
| Revenue | $161.7 | $160.7 | 165-166 |
| Operating income | $2.3 | $4.9 | (13)-(12) |
| Op margin | 1.4% | 3.1% | |
| EPS | $0.1 | $0.08 | (0.05)-(0.04) |
| FCF | $4.9 | $10.4 | |
| FCF margin | 3.0% | 6.5% | |

| FY'25E | Street | PSC | Guidance |
|---|---|---|---|
| Revenue | $730.2 | $717.9 | 725-731 |
| Operating income | $27.3 | $47.0 | 5-10 |
| Op margin | 3.7% | 6.5% | |
| EPS | $0.35 | $0.47 | 0.19-0.23 |
| FCF | $27.1 | $46.6 | |
| FCF margin | 3.7% | 6.5% | |

Source: PSC Research, Company Reports, FactSet

**PIPER | SANDLER**

COMPANY NOTE
March 4, 2024

**Key Performance Indicators**

| | | | | | Fiscal Quarters | | | | | Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q22 | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 1Q24 | 2Q24 | 3Q24 | 4Q24 | |
| Revenue | $77.8 | $87.4 | $101.0 | $113.0 | $122.9 | $126.9 | $139.6 | $149.7 | $163.8 | |
| *y/y growth* | *69%* | *75%* | *74%* | *69%* | *58%* | *45%* | *38%* | *32%* | *33%* | |
| Subscription | $69.6 | $76.9 | $88.9 | $98.4 | $105.1 | $111.2 | $122.1 | $131.0 | $142.0 | |
| *y/y growth* | *72%* | *71%* | *71%* | *65%* | *51%* | *45%* | *37%* | *33%* | *35%* | |
| License | $8.2 | $10.5 | $12.1 | $14.5 | $17.9 | $15.7 | $17.5 | $18.7 | $21.8 | |
| *y/y growth* | *45%* | *109%* | *93%* | *107%* | *118%* | *50%* | *44%* | *28%* | *22%* | |
| ST Billings | $109.6 | $96.2 | $114.3 | $129.4 | $159.5 | $135.9 | $145.0 | $168.4 | $214.5 | |
| *y/y growth* | *115%* | *64%* | *59%* | *47%* | *46%* | *41%* | *27%* | *30%* | *34%* | |
| Base customers ($5K+ ARR) | 4,593 | 5,168 | 5,864 | 6,469 | 7,002 | 7,406 | 7,815 | 8,175 | 8,602 | |
| *y/y growth* | | *64%* | *61%* | *59%* | *52%* | *43%* | *33%* | *26%* | *23%* | |
| $100K+ ARR customers | 492 | 545 | 593 | 638 | 697 | 760 | 810 | 874 | 955 | |
| *y/y growth* | | *68%* | *55%* | *49%* | *42%* | *39%* | *37%* | *37%* | *37%* | |
| NRR | 152%+ | 145%+ | 145%+ | 145%+ | 133% | >130% | 129% | 128% | 130% | |
| Ultimate tier % of ARR | 37% | 39% | 39% | 39% | 40% | 42% | 42% | 43% | *44%* | |

Source: PSC Research, Company Reports

**Estimates Changes**

| | Revenue (M) | | Non-GAAP EPS | | FCF Per Share | |
|---|---|---|---|---|---|---|
| | New | Previous | New | Previous | New | Previous |
| 1Q25E | $166.0 | $160.7 | ($0.04) | $0.08 | ($0.06) | $0.06 |
| FY'25E | $731.0 | $717.9 | $0.23 | $0.47 | $0.32 | $0.26 |
| FY'26E | $913.8 | $897.5 | $0.61 | $0.78 | $0.69 | $0.64 |

Source: PSC Research

- Our top line estimates move higher in forward periods, as guidance came in better than we had anticipated (but slightly below street). Our EPS estimates move lower given lower than expected op. margin guidance for the year, however.

**PIPER | SANDLER**

## Valuation



GTLB Enterprise Value / Next 12 Months Revenue

*Source: FactSet, based on consensus revenue estimates*

- GTLB has traded between 5.6x and 64.7x since its IPO and is currently trading at 13.8x.

## Comparable Companies

| Ticker | Price as of 3/4/2024 | Enterprise Value | Revenue CY25E | FCF Margin CY25E | Revenue Growth CY24E | Revenue Growth CY25E | EV / Revenue CY24E | EV / Revenue CY25E |
|---|---|---|---|---|---|---|---|---|
| CFLT | $34.53 | $11,487M | $950M | 1% | 33% | 22% | 14.8x | 12.1x |
| CRWD | $313.81 | $74,082M | $3,943M | 32% | 36% | 29% | 24.3x | 18.8x |
| DDOG | $130.67 | $44,274M | $2,576M | 26% | 27% | 21% | 20.8x | 17.2x |
| MDB | $439.00 | $35,597M | $2,045M | 11% | 29% | 23% | 21.4x | 17.4x |
| S | $27.08 | $7,678M | $815M | 3% | 46% | 32% | 12.4x | 9.4x |
| TEAM | $207.60 | $53,280M | $4,590M | 24% | 22% | 18% | 13.7x | 11.6x |
| ZS | $214.22 | $31,141M | $2,373M | 23% | 41% | 25% | 16.4x | 13.1x |
| **Average:** | | | $2,470M | 17% | 33% | 24% | 17.7x | 14.2x |
| **Median:** | | | $2,373M | 23% | 33% | 23% | 16.4x | 13.1x |

| Company | Price as of 3/4/2024 | Enterprise Value | Revenue CY25E | FCF Margin CY25E | CY24E | CY25E | CY24E | CY25E |
|---|---|---|---|---|---|---|---|---|
| GTLB | $74.47 | $11,283M | $730M | 4% | 37% | 26% | 19.5x | 15.5x |

Source: PSC Research, Company Reports, FactSet

- GTLB is trading at 15.5x EV to consensus CY'25E revenue estimates, a premium to its peer group's average multiple of 14.2x EV / CY'25E consensus revenue.

**PIPER | SANDLER**

**Appendix**

**Income Statement**

| FYE January 31<br>$ in millions, except per share | 4Q24<br>Actual | 4Q24E<br>PSC Est. | Act. / Est.<br>Variance | 4Q23<br>Actual | Y/Y<br>Change |
|---|---|---|---|---|---|
| Subscription | $142.0 | $136.6 | 3.9% | $105.1 | 35.2% |
| *% of total revenue* | *86.7%* | *86.5%* | *22 bp* | *85.5%* | *124 bp* |
| License | $21.8 | $21.3 | 2.0% | $17.9 | 21.9% |
| *% of total revenue* | *13.3%* | *13.5%* | *-22 bp* | *14.5%* | *-124 bp* |
| **Total revenue** | **$163.8** | **$158.0** | **3.7%** | **$122.9** | **33.3%** |
| | | | | | |
| Total cost of revenue | $13.8 | $14.2 | -2.7% | $12.3 | 12.8% |
| | | | | | |
| **Gross profit** | **$150.0** | **$143.8** | **4.3%** | **$110.6** | **35.5%** |
| ***Gross margin - total*** | ***91.6%*** | ***91.0%*** | ***56 bp*** | ***90.0%*** | ***153 bp*** |
| | | | | | |
| Research & development | $38.5 | $37.7 | 2.0% | $33.8 | 14.0% |
| Sales & marketing | $73.4 | $74.5 | -1.5% | $68.3 | 7.4% |
| General & administrative | $24.8 | $25.5 | -2.7% | $22.3 | 11.2% |
| Total operating expenses | $136.7 | $137.8 | -0.8% | $124.4 | 9.9% |
| | | | | | |
| **Operating income** | **$13.2** | **$6.0** | **120.7%** | **($13.8)** | **-196.2%** |
| ***Operating margin*** | ***8.1%*** | ***3.8%*** | ***429 bp*** | ***-11.2%*** | ***1928 bp*** |
| | | | | | |
| Finance income (expense) | $12.0 | $11.0 | 9.6% | $6.2 | 92.9% |
| **Pretax income** | **$25.2** | **$17.0** | **48.9%** | **($7.5)** | **-434.8%** |
| | | | | | |
| Tax expense | $1.3 | $2.4 | -45.7% | $0.4 | 243.0% |
| Tax rate | 5.2% | 14.1% | *-898 bp* | -5.0% | *1018 bp* |
| | | | | | |
| Net loss attributable to JV | ($1.1) | $0.0 | — | ($3.4) | — |
| | | | | | |
| **Net income** | **$25.0** | **$14.6** | **72.1%** | **($7.9)** | **-416.3%** |
| Net margin | 15.3% | 9.2% | *608 bp* | -6.4% | *2173 bp* |
| | | | | | |
| **Non-GAAP EPS** | **$0.15** | **$0.09** | **70.6%** | **($0.03)** | **-601.4%** |
| Average diluted shares | 165.4 | 164.0 | 0.9% | 150.0 | 10.3% |

Source: PSC Research, Company Reports

**Balance Sheet**

| FYE January 31<br>$ in millions, except per share | 4Q24<br>Actual | 4Q24E<br>PSC Est. | Act. / Est.<br>Variance | 4Q23<br>Actual | Y/Y<br>Change |
|---|---|---|---|---|---|
| Cash and equivalents | $1,036.3 | $986.3 | $0.1 | $936.7 | 10.6% |
| Debt | $0.0 | $0.0 | — | $0.0 | — |
| Net cash and equivalents | $1,036.3 | $986.3 | $0.1 | $936.7 | 10.6% |
| | | | | | |
| Days billings outstanding (DBO) | 70.1 | 89.0 | -21.2% | 75.4 | -7.0% |
| | | | | | |
| ST Deferred revenue | $338.3 | $335.1 | 1.0% | $254.4 | 33.0% |
| LT Deferred revenue | $23.8 | $23.0 | 3.4% | $28.4 | -16.1% |
| Deferred revenue | $362.1 | $358.1 | 1.1% | $282.7 | 28.1% |
| | | | | | |
| Billings | $214.0 | $205.4 | 4.2% | $155.7 | 37.4% |

Source: PSC Research, Company Reports

**PIPER | SANDLER**

COMPANY NOTE
March 4, 2024

**Cash Flow**

| FYE January 31 $ in millions, except per share | 4Q24 Actual | 4Q24E PSC Est. | Act. / Est. Variance | 4Q23 Actual | Y/Y Change |
|---|---|---|---|---|---|
| **Adjusted net income** | **$31.1** | **$29.1** | **7.1%** | **$3.0** | **947.2%** |
| | | | | | |
| Accounts receivable | ($31.1) | ($67.5) | -54.0% | ($32.0) | -3.0% |
| Deferred revenue | $50.2 | $47.5 | 5.8% | $32.8 | 53.0% |
| Other working capital | ($25.4) | ($10.8) | 135.4% | ($15.5) | 64.1% |
| **Total change in working capital** | **($6.3)** | **($30.9)** | **-79.7%** | **($14.7)** | **-57.3%** |
| | | | | | |
| Cash flow from operating activities | $24.9 | ($1.8) | -1461.5% | ($11.7) | -312.1% |
| Capex | ($0.3) | ($1.5) | -78.1% | ($1.1) | -68.7% |
| **Free cash flow** | **$24.5** | **($3.3)** | **-837.5%** | **($12.8)** | **-292.0%** |
| FCF per share | $0.15 | ($0.02) | -831.1% | ($0.09) | -274.1% |

Source: PSC Research, Company Reports

Gitlab
Income Statement
FYE Jan; $ in millions, except per share

Rob D. Owens
(503) 275-8317
rob.owens@psc.com

| Last Updated: March 4, 2024 | FY'23 | Apr 1Q24 | Jul 2Q24 | Oct 3Q24 | Jan 4Q24 | FY'24 | Apr 1Q25E | Jul 2Q25E | Oct 3Q25E | Jan 4Q25E | FY'25E | Apr 1Q26E | Jul 2Q26E | Oct 3Q26E | Jan 4Q26E | FY'26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ST Billings** | $ 499.5 | $ 135.9 | $ 145.0 | $ 168.4 | $ 214.5 | $ 663.9 | $ 184.5 | $ 189.5 | $ 211.5 | $ 257.5 | $ 842.9 | $ 227.5 | $ 239.5 | $ 267.5 | $ 323.5 | $ 1,057.9 |
| *y/y growth* | *52.1%* | *41.2%* | *26.9%* | *30.2%* | *34.5%* | *32.9%* | *35.7%* | *30.6%* | *25.6%* | *20.0%* | *27.0%* | *23.3%* | *26.4%* | *26.5%* | *25.6%* | *25.5%* |
| *q/q growth* | *—* | *-14.8%* | *6.7%* | *16.1%* | *27.3%* | *—* | *-14.0%* | *2.7%* | *11.6%* | *21.8%* | *—* | *-11.7%* | *5.3%* | *11.7%* | *20.9%* | *—* |
| Subscription | 369.3 | 111.2 | 122.1 | 131.0 | 142.0 | 506.3 | 148.0 | 158.6 | 165.5 | 174.2 | 646.4 | 185.9 | 201.1 | 210.5 | 223.3 | 820.7 |
| *% of total revenue* | *87%* | *88%* | *87%* | *88%* | *87%* | *87%* | *89%* | *89%* | *89%* | *87%* | *88%* | *90%* | *90%* | *90%* | *89%* | *90%* |
| *y/y growth* | *63%* | *45%* | *37%* | *33%* | *35%* | *37%* | *33%* | *30%* | *26%* | *23%* | *28%* | *26%* | *27%* | *27%* | *28%* | *27%* |
| *q/q growth* | *—* | *6%* | *10%* | *7%* | *8%* | *—* | *4%* | *7%* | *4%* | *5%* | *—* | *7%* | *8%* | *5%* | *6%* | *—* |
| License | 55.0 | 15.7 | 17.5 | 18.7 | 21.8 | 73.6 | 18.0 | 20.1 | 21.5 | 25.0 | 84.6 | 19.8 | 22.1 | 23.6 | 27.5 | 93.1 |
| *% of total revenue* | *13%* | *12%* | *13%* | *12%* | *13%* | *13%* | *11%* | *11%* | *11%* | *13%* | *12%* | *10%* | *10%* | *10%* | *11%* | *10%* |
| *y/y growth* | *108%* | *50%* | *44%* | *28%* | *22%* | *34%* | *15%* | *15%* | *15%* | *15%* | *15%* | *10%* | *10%* | *10%* | *10%* | *10%* |
| *q/q growth* | *—* | *-12%* | *11%* | *7%* | *16%* | *—* | *-17%* | *11%* | *7%* | *16%* | *—* | *-21%* | *11%* | *7%* | *16%* | *—* |
| **Total revenue** | **424.3** | **126.9** | **139.6** | **149.7** | **163.8** | **579.9** | **166.0** | **178.7** | **187.0** | **199.2** | **731.0** | **205.7** | **223.2** | **234.2** | **250.8** | **913.8** |
| *y/y growth* | *68.0%* | *45.2%* | *38.1%* | *32.5%* | *33.3%* | *36.7%* | *30.9%* | *28.0%* | *25.0%* | *21.7%* | *26.1%* | *23.9%* | *24.9%* | *25.2%* | *25.9%* | *25.0%* |
| *q/q growth* | *—* | *3%* | *10%* | *7%* | *9%* | *—* | *1%* | *8%* | *5%* | *7%* | *—* | *3%* | *8%* | *5%* | *7%* | *—* |
| **Total cost of revenue** | **44.5** | **11.6** | **12.4** | **12.9** | **13.8** | **50.8** | **14.9** | **16.1** | **16.8** | **17.9** | **65.8** | **18.5** | **20.1** | **21.1** | **22.6** | **82.2** |
| **Gross profit** | **379.8** | **115.3** | **127.2** | **136.8** | **150.0** | **529.1** | **151.1** | **162.6** | **170.2** | **181.3** | **665.2** | **187.2** | **203.1** | **213.1** | **228.2** | **831.6** |
| *Total gross margin* | *89.5%* | *90.9%* | *91.1%* | *91.4%* | *91.6%* | *91.2%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* | *91.0%* |
| Sales & marketing | 262.0 | 69.2 | 70.7 | 70.5 | 73.4 | 283.8 | 86.8 | 82.8 | 85.5 | 88.5 | 343.7 | 99.5 | 98.5 | 101.5 | 105.5 | 405.2 |
| *% of revenue* | *61.7%* | *54.6%* | *50.7%* | *47.1%* | *44.8%* | *48.9%* | *52.3%* | *46.3%* | *45.7%* | *44.4%* | *47.0%* | *48.4%* | *44.2%* | *43.4%* | *42.1%* | *44.3%* |
| Research & development | 119.8 | 36.6 | 36.5 | 36.2 | 38.5 | 147.9 | 47.5 | 46.5 | 47.5 | 48.0 | 189.5 | 55.0 | 53.0 | 56.0 | 58.0 | 222.0 |
| *% of revenue* | *28.2%* | *28.9%* | *26.2%* | *24.2%* | *23.5%* | *25.5%* | *28.6%* | *26.0%* | *25.4%* | *24.1%* | *25.9%* | *26.7%* | *23.7%* | *23.9%* | *23.1%* | *24.3%* |
| General & administrative | 85.1 | 24.4 | 24.2 | 25.3 | 24.8 | 98.8 | 28.8 | 30.3 | 31.3 | 31.6 | 122.0 | 33.6 | 34.6 | 36.6 | 37.6 | 142.3 |
| *% of revenue* | *20.1%* | *19.3%* | *17.3%* | *16.9%* | *15.2%* | *17.0%* | *17.4%* | *17.0%* | *16.7%* | *15.8%* | *16.7%* | *16.3%* | *15.5%* | *15.6%* | *15.0%* | *15.6%* |
| **Total operating expenses** | **466.9** | **130.3** | **131.4** | **132.1** | **136.7** | **530.5** | **163.1** | **159.6** | **164.4** | **168.1** | **655.2** | **188.1** | **186.1** | **194.1** | **201.1** | **769.5** |
| **Operating income** | **(87.1)** | **(15.0)** | **(4.3)** | **4.7** | **13.2** | **(1.4)** | **(12.0)** | **3.0** | **5.8** | **13.2** | **10.0** | **(0.9)** | **17.0** | **19.0** | **27.1** | **62.1** |
| *Operating margin* | *-20.5%* | *-11.8%* | *-3.1%* | *3.1%* | *8.1%* | *-0.2%* | *-7.2%* | *1.7%* | *3.1%* | *6.6%* | *1.4%* | *-0.4%* | *7.6%* | *8.1%* | *10.8%* | *6.8%* |
| Finance income (expense) | 13.9 | 7.3 | 9.1 | 11.0 | 12.0 | 39.3 | 10.0 | 11.0 | 12.5 | 14.5 | 48.0 | 15.0 | 15.5 | 16.0 | 16.5 | 63.0 |
| **Pretax income** | **(73.2)** | **(7.7)** | **4.8** | **15.6** | **25.2** | **37.9** | **(2.0)** | **14.0** | **18.3** | **27.7** | **58.0** | **14.1** | **32.5** | **35.0** | **43.6** | **125.1** |
| Tax expense | 2.9 | 1.5 | 4.0 | 2.4 | 1.3 | 9.2 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 5.0 | 5.0 | 5.5 | 5.5 | 21.0 |
| **Net income** | **$ (67.7)** | **$ (8.8)** | **$ 1.9** | **$ 14.4** | **$ 25.0** | **$ 32.6** | **$ (7.0)** | **$ 9.0** | **$ 13.3** | **$ 22.7** | **$ 38.0** | **$ 9.1** | **$ 27.5** | **$ 29.5** | **$ 38.1** | **$ 104.1** |
| *Net margin* | *-16.0%* | *-6.9%* | *1.3%* | *9.7%* | *15.3%* | *5.6%* | *-4.2%* | *5.0%* | *7.1%* | *11.4%* | *5.2%* | *4.4%* | *12.3%* | *12.6%* | *15.2%* | *11.4%* |
| **Non-GAAP EPS** | **$ (0.46)** | **$ (0.06)** | **$ 0.01** | **$ 0.09** | **$ 0.15** | **$ 0.20** | **$ (0.04)** | **$ 0.05** | **$ 0.08** | **$ 0.13** | **$ 0.23** | **$ 0.05** | **$ 0.16** | **$ 0.17** | **$ 0.22** | **$ 0.61** |
| Average shares | 148.3 | 151.7 | 161.1 | 162.8 | 165.4 | 162.5 | 158.0 | 167.4 | 168.4 | 169.4 | 168.0 | 169.9 | 170.4 | 170.9 | 171.9 | 170.8 |
| **Free cash flow** | **$ (83.5)** | **$ (11.2)** | **$ 26.8** | **$ (6.7)** | **$ 24.5** | **$ 33.4** | **$ (10.2)** | **$ 12.8** | **$ 23.7** | **$ 26.8** | **$ 53.2** | **$ 14.5** | **$ 27.6** | **$ 32.8** | **$ 42.8** | **$ 117.7** |
| *Free cash flow margin* | *-19.7%* | *-8.8%* | *19.2%* | *-4.5%* | *15.0%* | *5.8%* | *-6.1%* | *7.1%* | *12.7%* | *13.5%* | *7.3%* | *7.1%* | *12.4%* | *14.0%* | *17.1%* | *12.9%* |
| **FCF per share** | **$ (0.56)** | **$ (0.07)** | **$ 0.17** | **$ (0.04)** | **$ 0.15** | **$ 0.21** | **$ (0.06)** | **$ 0.08** | **$ 0.14** | **$ 0.16** | **$ 0.32** | **$ 0.09** | **$ 0.16** | **$ 0.19** | **$ 0.25** | **$ 0.69** |

Gitlab
Balance Sheet
FYE Jan; $ in millions, except per share

Rob D. Owens
(503) 275-8317
rob.owens@psc.com

| Last Updated: March 4, 2024 | FY'23 | Apr 1Q24 | Jul 2Q24 | Oct 3Q24 | Jan 4Q24 | FY'24 | Apr 1Q25E | Jul 2Q25E | Oct 3Q25E | Jan 4Q25E | FY'25E | Apr 1Q26E | Jul 2Q26E | Oct 3Q26E | Jan 4Q26E | FY'26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 297.9 | $ 315.9 | $ 273.2 | $ 285.3 | $ 288.0 | $ 288.0 | $ 277.8 | $ 290.6 | $ 314.3 | $ 341.2 | $ 341.2 | $ 355.7 | $ 383.3 | $ 416.1 | $ 458.9 | $ 458.9 |
| Short-term investments | 641.2 | 621.7 | 713.1 | 704.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 | 748.3 |
| Accounts receivable | 130.5 | 126.1 | 105.8 | 135.6 | 166.7 | 166.7 | 152.1 | 146.6 | 168.4 | 231.7 | 231.7 | 212.3 | 215.5 | 240.7 | 305.5 | 305.5 |
| Deferred contract acquisition costs, current | 26.5 | 25.1 | 25.1 | 27.2 | 32.3 | 32.3 | 33.3 | 34.3 | 35.3 | 36.5 | 36.5 | 37.5 | 38.5 | 39.5 | 40.7 | 40.7 |
| Prepaid expenses and other current assets | 24.3 | 26.4 | 26.1 | 29.9 | 45.6 | 45.6 | 49.6 | 53.6 | 57.6 | 60.9 | 60.9 | 64.9 | 68.9 | 72.9 | 76.2 | 76.2 |
| **Total current assets** | **1,120.5** | **1,115.2** | **1,143.2** | **1,182.3** | **1,280.9** | **1,280.9** | **1,261.1** | **1,273.4** | **1,323.9** | **1,418.6** | **1,418.6** | **1,418.7** | **1,454.5** | **1,517.5** | **1,629.6** | **1,629.6** |
| Deferred contract acquisition costs, noncurrent | 15.6 | 15.0 | 14.7 | 15.1 | 19.3 | 19.3 | 19.8 | 20.3 | 20.8 | 21.3 | 21.3 | 22.3 | 23.3 | 24.3 | 25.3 | 25.3 |
| Intangible assets | 12.0 | 11.5 | 10.9 | 10.4 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 |
| Other long-term assets | 23.6 | 22.4 | 20.2 | 19.1 | 7.7 | 7.7 | 8.2 | 8.7 | 9.0 | 9.2 | 9.2 | 9.7 | 10.2 | 10.5 | 10.7 | 10.7 |
| **Total assets** | **$ 1,171.7** | **$ 1,164.1** | **$ 1,189.1** | **$ 1,226.9** | **$ 1,317.9** | **$ 1,317.9** | **$ 1,299.0** | **$ 1,312.3** | **$ 1,363.6** | **$ 1,459.0** | **$ 1,459.0** | **$ 1,460.7** | **$ 1,497.9** | **$ 1,562.2** | **$ 1,675.5** | **$ 1,675.5** |
| **Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | $ 5.2 | $ 3.0 | $ 4.2 | $ 5.0 | $ 1.7 | $ 1.7 | $ 2.5 | $ 3.0 | $ 3.5 | $ 4.0 | $ 4.0 | $ 4.7 | $ 5.2 | $ 5.7 | $ 6.2 | $ 6.2 |
| Accrued expenses | 46.7 | 44.6 | 48.1 | 293.3 | 322.0 | 322.0 | 294.0 | 289.0 | 304.0 | 319.0 | 319.0 | 291.0 | 286.0 | 289.0 | 293.0 | 293.0 |
| ST deferred revenue | 254.4 | 263.4 | 268.9 | 287.6 | 338.3 | 338.3 | 356.8 | 367.6 | 392.0 | 450.3 | 450.3 | 472.0 | 488.4 | 521.7 | 594.4 | 594.4 |
| **Total current liabilities** | **306.3** | **311.1** | **321.2** | **585.9** | **662.1** | **662.1** | **653.3** | **659.5** | **699.5** | **773.2** | **773.2** | **767.8** | **779.6** | **816.4** | **893.6** | **893.6** |
| Other long term liabilities | 9.8 | 9.4 | 10.8 | 24.8 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 |
| LT deferred revenue | 28.4 | 28.0 | 25.9 | 23.0 | 23.8 | 23.8 | 21.8 | 20.8 | 19.8 | 19.8 | 19.8 | 19.8 | 19.8 | 19.8 | 19.8 | 19.8 |
| **Total liabilities** | **344.5** | **348.5** | **357.8** | **633.7** | **699.9** | **699.9** | **689.1** | **694.4** | **733.4** | **807.1** | **807.1** | **801.6** | **813.4** | **850.2** | **927.4** | **927.4** |
| Shareholders' equity | 827.2 | 815.6 | 831.2 | 593.2 | 617.9 | 617.9 | 609.9 | 617.9 | 630.2 | 651.9 | 651.9 | 659.0 | 684.5 | 712.0 | 748.1 | 748.1 |
| **Total liabilities and equity** | **$ 1,171.7** | **$ 1,164.1** | **$ 1,189.1** | **$ 1,226.9** | **$ 1,317.9** | **$ 1,317.9** | **$ 1,299.0** | **$ 1,312.3** | **$ 1,363.6** | **$ 1,459.0** | **$ 1,459.0** | **$ 1,460.7** | **$ 1,497.9** | **$ 1,562.2** | **$ 1,675.5** | **$ 1,675.5** |
| Total diluted shares outstanding | | 151.7 | 161.1 | 162.8 | 165.4 | | 158.0 | 167.4 | 168.4 | 169.4 | | 169.9 | 170.4 | 170.9 | 171.9 | |
| Total cash and equivalents | | $ 937.6 | $ 986.3 | $ 989.6 | $ 1,036.3 | | $ 1,026.1 | $ 1,038.9 | $ 1,062.6 | $ 1,089.5 | | $ 1,104.0 | $ 1,131.6 | $ 1,164.4 | $ 1,207.2 | |
| Total debt | | - | - | - | - | | - | - | - | - | | - | - | - | - | |
| **Net cash and cash equivalents** | | **$ 937.6** | **$ 986.3** | **$ 989.6** | **$ 1,036.3** | | **$ 1,026.1** | **$ 1,038.9** | **$ 1,062.6** | **$ 1,089.5** | | **$ 1,104.0** | **$ 1,131.6** | **$ 1,164.4** | **$ 1,207.2** | |
| **Net cash per share** | | | | | | | | | | | | | | | | |
| Days billings outstanding (DBO) | | 84 | 67 | 73 | 70 | | 75 | 70 | 72 | 81 | | 84 | 81 | 81 | 85 | |
| **Total deferred revenue** | | **$ 291.5** | **$ 294.7** | **$ 310.7** | **$ 362.1** | | **$ 378.6** | **$ 388.4** | **$ 411.8** | **$ 470.1** | | **$ 491.8** | **$ 508.1** | **$ 541.5** | **$ 614.2** | |
| *q/q growth ($)* | | 8.7 | 3.3 | 15.9 | 51.5 | | 16.5 | 9.8 | 23.5 | 58.2 | | 21.8 | 16.3 | 33.3 | 72.7 | |
| *q/q growth (%)* | | *3%* | *1%* | *5%* | *17%* | | *5%* | *3%* | *6%* | *14%* | | *5%* | *3%* | *7%* | *13%* | |
| **Billings** | **$ 497.3** | **$ 135.3** | **$ 142.4** | **$ 167.7** | **$ 214.0** | **$ 659.3** | **$ 182.5** | **$ 188.5** | **$ 210.5** | **$ 257.5** | **$ 838.9** | **$ 227.5** | **$ 239.5** | **$ 267.5** | **$ 323.5** | **$ 1,057.9** |
| *y/y growth* | *50%* | *44%* | *27%* | *24%* | *37%* | *33%* | *35%* | *32%* | *26%* | *20%* | *27%* | *25%* | *27%* | *27%* | *26%* | *26%* |
| *q/q growth* | *—* | *-13%* | *5%* | *18%* | *28%* | *—* | *-15%* | *3%* | *12%* | *22%* | *—* | *-12%* | *5%* | *12%* | *21%* | *—* |
| **ST Billings** | **$ 499.5** | **$ 135.9** | **$ 145.0** | **$ 168.4** | **$ 214.5** | **$ 663.9** | **$ 184.5** | **$ 189.5** | **$ 211.5** | **$ 257.5** | **$ 842.9** | **$ 227.5** | **$ 239.5** | **$ 267.5** | **$ 323.5** | **$ 1,057.9** |
| *y/y growth* | *52%* | *41%* | *27%* | *30%* | *34%* | *33%* | *36%* | *31%* | *26%* | *20%* | *27%* | *23%* | *26%* | *26%* | *26%* | *26%* |
| *q/q growth* | *—* | *-15%* | *7%* | *16%* | *27%* | *—* | *-14%* | *3%* | *12%* | *22%* | *—* | *-12%* | *5%* | *12%* | *21%* | *—* |

Gitlab
Cash Flow Statement
FYE Jan; $ in millions, except per share

Rob D. Owens
(503) 275-8317
rob.owens@psc.com

| Last Updated: March 4, 2024 | FY'23 | Apr 1Q24 | Jul 2Q24 | Oct 3Q24 | Jan 4Q24 | FY'24 | Apr 1Q25E Non-GAAP | Jul 2Q25E Non-GAAP | Oct 3Q25E Non-GAAP | Jan 4Q25E Non-GAAP | FY'25E Non-GAAP | Apr 1Q26E Non-GAAP | Jul 2Q26E Non-GAAP | Oct 3Q26E Non-GAAP | Jan 4Q26E Non-GAAP | FY'26E Non-GAAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | | | | | | | | |
| Net loss | $ (180.7) | $ (52.9) | $ (51.2) | $ (286.4) | $ (37.6) | $ (428.0) | $ (7.0) | $ 9.0 | $ 13.3 | $ 22.7 | $ 38.0 | $ 9.1 | $ 27.5 | $ 29.5 | $ 38.1 | $ 104.1 |
| Stock-based compensation expense | 122.6 | 32.3 | 46.4 | 41.3 | 43.0 | 163.0 | - | - | - | - | - | - | - | - | - | - |
| Other non-cash expense (income) | (18.0) | 1.1 | 0.0 | (0.7) | 8.4 | 8.7 | - | - | - | - | - | - | - | - | - | - |
| Amort. of intangible assets | 2.4 | 0.6 | 0.5 | 0.5 | 0.5 | 2.2 | - | - | - | - | - | - | - | - | - | - |
| Amort. of deferred contract acq. costs | 45.0 | 10.5 | 10.1 | 10.4 | 12.4 | 43.5 | 15.0 | 15.5 | 16.0 | 16.5 | 63.0 | 17.0 | 17.5 | 18.0 | 18.5 | 71.0 |
| Unrealized foreign exchange gain | (3.7) | (0.3) | 1.1 | (0.6) | 4.4 | 4.6 | - | - | - | - | - | - | - | - | - | - |
| Changes in operating assets and liabilities: | | | | | | | | | | | | | | | | |
| Accounts receivable | (54.2) | 4.8 | 20.4 | (30.6) | (31.1) | (36.3) | 14.7 | 5.5 | (21.8) | (63.3) | (65.0) | 19.4 | (3.2) | (25.2) | (64.8) | (73.8) |
| Prepaid expenses and other current assets | (8.9) | (2.1) | (2.2) | (3.9) | (15.7) | (23.9) | (4.0) | (4.0) | (4.0) | (3.3) | (15.3) | (4.0) | (4.0) | (4.0) | (3.3) | (15.3) |
| Deferred contract acquisition costs, net | (48.6) | (8.5) | (9.6) | (13.6) | (21.3) | (53.1) | (16.5) | (17.0) | (17.5) | (18.2) | (69.2) | (19.0) | (19.5) | (20.0) | (20.7) | (79.2) |
| Other long term assets | 3.0 | (0.3) | (0.4) | (0.5) | 0.9 | (0.3) | (0.5) | (0.5) | (0.3) | (0.3) | (1.5) | (0.5) | (0.5) | (0.3) | (0.3) | (1.5) |
| Accounts payable | 0.3 | (2.2) | 1.1 | 0.8 | (3.2) | (3.4) | 0.8 | 0.5 | 0.5 | 0.5 | 2.3 | 0.8 | 0.5 | 0.5 | 0.5 | 2.3 |
| Accrued expenses and other | (7.1) | (2.3) | 6.1 | 244.9 | 24.8 | 273.5 | (28.0) | (5.0) | 15.0 | 15.0 | (3.0) | (28.0) | (5.0) | 3.0 | 4.0 | (26.0) |
| Other long term liabilities | (2.4) | (0.2) | 2.0 | 14.3 | (10.8) | 5.2 | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue | 73.0 | 8.4 | 2.8 | 18.0 | 50.2 | 79.3 | 16.5 | 9.8 | 23.5 | 58.2 | 107.9 | 21.8 | 16.3 | 33.3 | 72.7 | 144.1 |
| **Net cash provided from operating activities** | **(77.4)** | **(11.0)** | **27.1** | **(6.0)** | **24.9** | **35.0** | **(9.2)** | **13.8** | **24.7** | **27.8** | **57.2** | **16.5** | **29.6** | **34.8** | **44.8** | **125.7** |
| Acquisitions, net of cash acquired | - | - | (2.5) | - | (0.5) | (3.0) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from disposals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PPE | (6.1) | (0.3) | (0.3) | (0.7) | (0.3) | (1.6) | (1.0) | (1.0) | (1.0) | (1.0) | (4.0) | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| Other investing activities | (599.6) | 24.6 | (86.6) | 15.3 | (35.0) | (81.7) | - | - | - | - | - | - | - | - | - | - |
| **Net cash from investing activities** | **(605.7)** | **24.4** | **(89.4)** | **14.6** | **(35.8)** | **(86.2)** | **(1.0)** | **(1.0)** | **(1.0)** | **(1.0)** | **(4.0)** | **(2.0)** | **(2.0)** | **(2.0)** | **(2.0)** | **(8.0)** |
| Proceeds from issuance of common stock | 38.9 | 7.5 | 18.0 | 4.7 | 15.0 | 45.2 | - | - | - | - | - | - | - | - | - | - |
| Net proceeds from preferred stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repurchases of retired common stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contributions from non-controlling interests | 61.7 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (3.1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash from financing activities** | **97.5** | **7.5** | **18.0** | **4.7** | **15.0** | **45.2** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Impact of foreign exchange | (3.7) | (0.4) | (0.9) | (1.2) | (1.4) | (3.9) | - | - | - | - | - | - | - | - | - | - |
| **Net change in cash and equivalents** | **$ (589.3)** | **$ 20.5** | **$ (45.2)** | **$ 12.1** | **$ 2.7** | **$ (9.9)** | **$ (10.2)** | **$ 12.8** | **$ 23.7** | **$ 26.8** | **$ 53.2** | **$ 14.5** | **$ 27.6** | **$ 32.8** | **$ 42.8** | **$ 117.7** |
| **Cash and equivalents, beginning of period** | $ 887.2 | $ 297.9 | $ 318.4 | $ 273.2 | $ 285.3 | $ 297.9 | $ 288.0 | $ 277.8 | $ 290.6 | $ 314.3 | $ 288.0 | $ 341.2 | $ 355.7 | $ 383.3 | $ 416.1 | $ 341.2 |
| **Cash and equivalents, end of period** | $ 297.9 | $ 318.4 | $ 273.2 | $ 285.3 | $ 288.0 | $ 288.0 | $ 277.8 | $ 290.6 | $ 314.3 | $ 341.2 | $ 341.2 | $ 355.7 | $ 383.3 | $ 416.1 | $ 458.9 | $ 458.9 |

| | FY'23 | 1Q24 | 2Q24 | 3Q24 | 4Q24 | FY'24 | 1Q25E | 2Q25E | 3Q25E | 4Q25E | FY'25E | 1Q26E | 2Q26E | 3Q26E | 4Q26E | FY'26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash from operations | $ (77.4) | $ (11.0) | $ 27.1 | $ (6.0) | $ 24.9 | $ 35.0 | $ (9.2) | $ 13.8 | $ 24.7 | $ 27.8 | $ 57.2 | $ 16.5 | $ 29.6 | $ 34.8 | $ 44.8 | $ 125.7 |
| Capex | $ (6.1) | $ (0.3) | $ (0.3) | $ (0.7) | $ (0.3) | $ (1.6) | $ (1.0) | $ (1.0) | $ (1.0) | $ (1.0) | $ (4.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (8.0) |
| **Free cash flow** | **$ (83.5)** | **$ (11.2)** | **$ 26.8** | **$ (6.7)** | **$ 24.5** | **$ 33.4** | **$ (10.2)** | **$ 12.8** | **$ 23.7** | **$ 26.8** | **$ 53.2** | **$ 14.5** | **$ 27.6** | **$ 32.8** | **$ 42.8** | **$ 117.7** |
| *y/y growth* | *56.5%* | *-62.6%* | *-171.2%* | *124.7%* | *-292.0%* | *-140.1%* | *-9.4%* | *-52.5%* | *-454.6%* | *9.4%* | *59.0%* | *-243.0%* | *116.1%* | *38.3%* | *59.4%* | *121.3%* |
| **FCF margin** | **-19.7%** | **-8.8%** | **19.2%** | **-4.5%** | **15.0%** | **5.8%** | **-6.1%** | **7.1%** | **12.7%** | **13.5%** | **7.3%** | **7.1%** | **12.4%** | **14.0%** | **17.1%** | **12.9%** |

Current disclosure information for this company can be found at http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

## IMPORTANT RESEARCH DISCLOSURES



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Sandler | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| --- | --- | --- | --- | --- |
| BUY [OW] | 560 | 56.80 | 127 | 22.68 |
| HOLD [N] | 379 | 38.44 | 39 | 10.29 |
| SELL [UW] | 47 | 4.77 | 2 | 4.26 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Rob D. Owens, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 4 March 2024 20:40EST.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of GitLab, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 6th Floor, 2 Gresham Street, London EC2V 7AD. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives. Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e., persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2024 Piper Sandler. All rights reserved.