# Exhibit 21



March 5, 2024
**ESTIMATE CHANGE**

**Data Analytics and Infrastructure Software**

# GitLab, Inc. (GTLB)

**MIKE CIKOS, CFA**
(212) 705-0382
mcikos@needhamco.com

**MATTHEW CALITRI, CPA**
(617) 457-0929
mcalitri@needhamco.com

| RATING | PRICE TARGET | PREV CLOSE | 52-WEEK RANGE |
|---|---|---|---|
| HOLD | NA | $74.47 | $26.24 - $78.53 |

## GTLB: FY25 Guidance Includes Less Conservatism But Misses Expectations

**GitLab reported upside to 4QFY24 Revenue, exceeding the midpoint of guidance by 4% (although a narrower beat than more recent quarters). Profitability was well-ahead of plan (1) with the company generating an 8.1% Operating Margin; and (2) turning Free Cash Flow positive for FY24, which is a year earlier than expected. Despite 4Q outperformance, GitLab's FY25 guidance of 25.5% Revenue growth with an implied Operating Margin of ~1% missed expectations. Additionally, management indicated guidance construction incorporates less conservatism versus prior years, creating further confusion regarding the outlook. Separately, we note that the company maintained its view that the Premium price increase will contribute an incremental $10 Million to $20 Million in FY25 Revenue, with a larger benefit anticipated in FY26. We remain Hold-rated.**

## KEY POINTS

- **Mixed Messaging on FY25 Guidance.** We view GitLab's guidance construction as the number one source of investor confusion from the earnings call. GitLab's FY25 guidance for 25%-26% growth implies expected compression from the company's trailing-12 months' Net Retention of 130% (which increased sequentially by 2 points from 128%). The company was quick to call out that new offerings are captured in the guidance, but Revenue contribution will be slow to ramp due to GitLab's ratable Subscription-based model. Management also discussed GitLab's Contraction and Churn were better than 6 quarters ago, with more normalized buying behavior.

- **Profitability.** Management indicated that comments regarding a less conservative guidance philosophy were in reference to Revenue; not Operating Profit. We believe this explains the guided Operating Margin of ~1% in FY25, which includes roughly $15 Million in incremental expenses for GitLab's in-person summit during 1QFY25. Operating Margin guidance was roughly unchanged from prior commentary for breakeven and below the consensus model of 3.7%.

- **Premium Price Increase.** Management did not directly quantify the benefit from the Premium price increase to FY24, but noted that contribution outperformed internal expectations. Turning to FY25, management maintained its previous view that the pricing change will generate an incremental $10 Million to $20 Million in Revenue, with a larger Revenue tailwind expected in FY26. We expect a shift in sources of Net Dollar Retention, where historical contribution has approximated 50% from Seat expansion; 25% from Price discipline; and 25% from Tier adoption. In 4QFY24, NRR composition was 40% Seats; 40% Price; and 20% Tier.

- **Enterprise Agile Planning.** GitLab continued to discuss the demand benefit and competitive displacement of Jira deployments, following Atlassian's announced end of support for Server. We note that GitLab offers Enterprise Agile Planning as part of the Ultimate Tier, in addition to a separate SKU for non-Engineering functions.

**RELEVANT DISCLOSURES BEGIN ON PAGE 11 OF THIS REPORT.**

### KEY DATA

| | |
|---|---|
| Market Cap (MM) | **$11,607.2** |
| Price (03/04/2024) | $74.47 |
| 52-Week Range | $26.24 - $78.53 |
| Shares Outstanding | 155.86 |
| Avg. Daily Volume | 2,548,581.0 |

### ESTIMATES

| FY (Jan) | 2024A | 2025E | 2026E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | [0.06]A | [0.04]E | 0.03E |
| *Previous* | *—* | *0.06E* | *0.09E* |
| Q2 | 0.01A | 0.04E | 0.08E |
| *Previous* | *—* | *0.09E* | *0.13E* |
| Q3 | 0.09A | 0.09E | 0.12E |
| *Previous* | *—* | *0.10E* | *0.13E* |
| Q4 | 0.15A | 0.12E | 0.16E |
| *Previous* | *0.08E* | *0.11E* | *0.14E* |
| Year | 0.20A | 0.21E | 0.39E |
| *Previous* | *0.13E* | *0.34E* | *0.50E* |

| Rev. (MM)($) | | | |
|---|---|---|---|
| Year | 579.9A | 728.1E | 903.6E |
| *Previous* | *573.8E* | *744.5E* | *940.5E* |
| Growth Rev | 36.7% | 25.6% | 24.1% |

**Needham**

March 5, 2024

# *At a Glance*

## OUR INVESTMENT THESIS

GitLab has been a DevOps darling as a result of its strong Revenue growth, holistic platform, and large TAM in excess of $40 Billion. GitLab's FY25 Revenue guidance implies NRR compression from 130% exiting the prior year, with mixed signals related to improving contraction/churn dynamics versus a less conservative guidance philosophy.

We believe GitLab has multiple tailwinds into FY26 as new products mature and the company realizes a larger tailwind from the Premium price increase. However, we await organic growth improvements before becoming more positive.

## COMPANY DESCRIPTION

GitLab, Inc. helps organizations increase Developer efficiency, improve Software development and reduce costs by providing a complete DevOps platform as a single application. Previously, organizations had to compile a set of point solutions or open-source tools, but as the Software Development Lifecycle (SDLC) matured, these DIY workflows became fragmented and difficult to navigate - effectively reducing Developer agility and innovation. GitLab's DevOps Platform addresses a $40 Billion TAM, and its R&D innovation benefits from dual flywheel effect where (1) GitLab's R&D team contributes in addition to (2) customers and organizations contributing to the platform. At the end of FY22, there were over 2,900 contributors to GitLab's platform, up from 2,300 one year earlier. As more contributors add new features, the new features encourage upsell and adoption by new customers, which adds to the feedback loop of more contributors. GitLab has been a remote-only company since its founding in 2014, and therefore does not maintain a corporate headquarters. The company completed its initial public offering in October 2021 and trades on the NASDAQ under the ticker "GTLB".

## PRICE PERFORMANCE



## KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$11,607.2** |
| Price (03/04/2024) | $74.47 |
| 52-Week Range | $26.24 - $78.53 |
| Shares Outstanding | 155.86 |
| Avg. Daily Volume | 2,548,581.0 |

**Needham**

## 1QFY25 & FY25 OUTLOOK

**1QFY25 Guidance:**

- **Revenue growth calls for 30%-31% yr-yr, or $165.0 Million to $166.0 Million**, which at the midpoint was 2.4% above the consensus estimate of $161.7 Million (Needham $162.3 Million).

- **Non-GAAP Operating Income was guided to ($13.0) Million to ($12.0) Million**, which was below the Street assumption for $2.3 Million and Needham's $1.0 Million estimate.
  - **Note:** GitLab included $15 Million of OpEx in its 1QFY25 guidance for the company's summit event, which is the first time GitLab is hosting the event in-person since 2019.

- **EPS was guided to ($0.05) to ($0.04)** and missed the Street's/Needham's model projections for $0.06. Management's EPS guidance assumes roughly 158 Million shares outstanding.

**Figure 1 - GitLab Guidance for 1QFY25 & FY25**

## Financial Outlook
### First Quarter and Fiscal Year 2025 ($ in millions, except per share data)

|  | Q1 FY 2025 Guidance | FY 2025 Guidance |
|---|---|---|
| Revenue | $165.0 - $166.0 | $725.0 - $731.0 |
| Non-GAAP Operating Income / (Loss) | $(13.0) - $(12.0) | $5.0 - $10.0 |
| Non-GAAP Net Income per Share | $(0.05) - $(0.04) | $0.19 - $0.23 |

*Source: GitLab 4QFY24 Earnings Presentation, March 2024.*

**FY25 Guidance:**

- **Revenue was guided to grow 25%-26% to a range of $725.0 Million to $731.0 Million**. The range compared to the Street's model of $730.2 Million at the midpoint (Needham $744.5 Million).

- **Management's Non-GAAP Operating Income guidance assumes $5.0 Million to $10.0 Million**, below the Street's $27.3 Million estimate (Needham $27.1 Million).

- **Non-GAAP EPS guidance is expected in the range of $0.19 to $0.23**, which missed the consensus estimate for $0.35 (Needham $0.34). Management is assuming ~$15 Million of expenses relating to JiHu (compared to $18 Million in FY24).

## 4QFY24 EARNINGS VARIANCE

- **Revenue of $163.8 Million** was higher than management's guidance range for $157.0 Million to $158.0 Million and beat the consensus estimate of $157.9 Million (Needham $157.6 Million) by 3.7%.

- **Gross Profit of $150.0 Million** was healthily above the $143.0 Million consensus estimate (Needham $141.9 Million). **Non-GAAP Gross Margin of 91.6%** was also above the Street's forecast of 90.6% (Needham 90.0%).

- **Non-GAAP OpEx of $136.7 Million** was roughly inline with the consensus forecast of $137.6 Million (Needham $135.9 Million).



- **Note:** On the 3QFY24 earnings call, management guided JiHu expenses of $22 Million. However, the 4QFY24 earnings call reported JiHu expenses of $18 Million in FY24 (implying a roughly $6 Million expense-benefit versus expectations during 4QFY24).

- **Non-GAAP Operating Income of $13.2 Million** handily beat guidance of $5.0 Million to $6.0 Million primarily due to Revenue outperformance and Gross Margin expansion. The Street had modeled $5.7 Million and Needham had forecast $6.0 Million.

- **Interest Income of $11.8 Million** was above Needham's $11.0 Million estimate but immaterial to EPS.

- **Other Income of $0.2 Million** was approximately in line with Needham's estimate of nil and immaterial to EPS.

- **Tax Expense of $1.3 Million** was below Needham's estimate of $4.2 Million and a $0.02 tailwind to EPS.

- **Non-GAAP Net Profit was $25.0 Million** and materially outperformed both the consensus projection for $13.3 Million and Needham's $13.7 Million estimate.

- **NG EPS of $0.15** was better than management's guidance for approximately $0.08 to $0.09. The result was also better than the Street's/ Needham's estimate of $0.08.

- **Diluted Shares Outstanding were 165.4 Million,** compared to guidance and Needham's assumption of 164.1 Million.

### GitLab Quarterly Variance Analysis
(Thousands Of Dollars, Except Per-Share Data)

| | Actual | Actual | NH-Ests. | Actual | Variance | | Yr-Yr | | Q-Q | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q4'23A | Q3'24A | Q4'24E | Q4'24A | % | Absolute | % | Absolute | % | Absolute |
| **Revenues** | $122,907 | $149,668 | $157,637 | $163,779 | 3.9% | $6,142 | 33.3% | $40,872 | 9.4% | $14,111 |
| | Guide: $157.0M - $158.0M | | $157,900 | | 3.7% | $5,879 | | | | |
| Cost Of Goods Sold | 12,262 | 12,915 | 15,764 | 13,828 | -12.3% | (1,936) | 12.8% | 1,566 | 7.1% | 913 |
| Gross Profit | 110,645 | 136,753 | 141,873 | 149,951 | 5.7% | 8,078 | 35.5% | 39,306 | 9.7% | 13,198 |
| Gross Margin | 90.0% | 91.4% | 90.0% | 91.6% | | 156 BPs | | 153 BPs | | 19 BPs |
| **Operating Expenses** | | | | | | | | | | |
| Sales & Marketing | 68,319 | 70,509 | 71,919 | 73,390 | 2.0% | 1,471 | 7.4% | 5,071 | 4.1% | 2,881 |
| % of Revenue | 55.6% | 47.1% | 45.6% | 44.8% | | (81) BPs | | (1,078) BPs | | (230) BPs |
| Research and Development | 33,760 | 36,248 | 38,423 | 38,501 | 0.2% | 78 | 14.0% | 4,741 | 6.2% | 2,253 |
| % of Revenue | 27.5% | 24.2% | 24.4% | 23.5% | | (87) BPs | | (396) BPs | | (71) BPs |
| General and Administrative | 22,326 | 25,306 | 25,559 | 24,824 | -2.9% | (735) | 11.2% | 2,498 | -1.9% | (482) |
| % of Revenue | 18.2% | 16.9% | 16.2% | 15.2% | | (106) BPs | | (301) BPs | | (175) BPs |
| **Total Operating Expenses** | **124,405** | **132,063** | **135,901** | **136,715** | 0.6% | 814 | 9.9% | 12,310 | 3.5% | 4,652 |
| % of Revenue | 101.2% | 88.2% | 86.2% | 83.5% | | (274) BPs | | (1,774) BPs | | (476) BPs |
| **Operating Income** | **(13,760)** | **4,690** | **5,972** | **13,236** | | 7,264 | | 26,996 | | 8,546 |
| Operating Margin | -11.2% | 3.1% | 3.8% | 8.1% | | 429 BPs | | 1,928 BPs | | 495 BPs |
| Interest Income | 6,249 | 10,874 | 11,000 | 11,813 | 7.4% | 813 | 89.0% | 5,564 | 8.6% | 939 |
| Other Income / (Expense) | (27) | 81 | 0 | 191 | | 191 | | 218 | | 110 |
| Pretax Income | (7,538) | 15,645 | 16,972 | 25,240 | | 8,268 | | 32,778 | 61.3% | 9,595 |
| Equity Method of Investment, Net | 0 | 0 | 0 | 0 | | 0 | | 0 | | 0 |
| Tax Expense | 379 | 2,396 | 4,243 | 1,300 | | (2,943) | 243.0% | 921 | -45.7% | (1,096) |
| Tax Rate | -5.0% | 15.3% | 25.0% | 5.2% | | (1,985) BPs | | 1,018 BPs | | (1,016) BPs |
| Non-Controlling Interest | (3,388) | (1,197) | (1,000) | (1,104) | | (104) | | 2,284 | | 93 |
| **Non-GAAP Net Income** | **($4,529)** | **$14,446** | **$13,729** | **$25,044** | | $11,315 | | $29,573 | 73.4% | $10,598 |
| **Non-GAAP Earnings Per Share** | **($0.03)** | **$0.09** | **$0.08** | **$0.15** | | $0.07 | | $0.18 | 70.6% | $0.06 |
| | Guide: $0.08-$0.09 | | $0.08 | | | $0.07 | | | | |
| Shares Outstanding | 150,133 | 162,794 | 164,096 | 165,421 | 0.8% | 1,325 | 10.2% | 15,288 | 1.6% | 2,627 |

Source: GitLab Inc. Company Filings and Needham & Company, LLC estimates



March 5, 2024

# GITLAB, INC. FINANCIAL MODEL

## GitLab Inc. —Balance Sheet
(Thousands Of Dollars, Except Per-Share Data)

| | Year FY22A | Year FY23A | Q1'24A Apr-23 | Q2'24A Jul-23 | Q3'24A Oct-23 | Q4'24A Jan-24 | Year FY24A | Q1'25E Apr-24 | Q2'25E Jul-24 | Q3'25E Oct-24 | Q4'25E Jan-25 | Year FY25E | Year FY26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | | |
| Cash & Cash Equivalents | 884,672 | 295,402 | 315,933 | 273,225 | 285,309 | 287,996 | 287,996 | 305,343 | 306,783 | 314,374 | 336,720 | 336,720 | 403,638 |
| Short-Term Investments | 50,031 | 641,249 | 621,706 | 713,058 | 704,325 | 748,289 | 748,289 | 748,289 | 748,289 | 748,289 | 748,289 | 748,289 | 748,289 |
| Accounts Receivable, net | 77,233 | 130,479 | 126,079 | 105,815 | 135,614 | 166,731 | 166,731 | 160,324 | 164,694 | 195,655 | 229,282 | 229,282 | 290,479 |
| Deferred Contract Acquisition Costs | 24,363 | 26,505 | 25,093 | 25,069 | 27,196 | 32,300 | 32,300 | 44,626 | 56,669 | 70,808 | 89,719 | 89,719 | 146,502 |
| Prepaid Expenses & Other Current Assets | 15,544 | 24,327 | 26,409 | 26,053 | 29,892 | 45,601 | 45,601 | 34,709 | 38,960 | 40,994 | 45,856 | 45,856 | 75,777 |
| **Total Current Assets** | **1,051,843** | **1,117,962** | **1,115,220** | **1,143,220** | **1,182,336** | **1,280,917** | **1,280,917** | **1,293,292** | **1,315,395** | **1,370,120** | **1,449,866** | **1,449,866** | **1,664,684** |
| Property & Equipment, net | 3,271 | 5,797 | 4,936 | 4,080 | 3,690 | 2,954 | 2,954 | 5,221 | 7,723 | 10,411 | 13,360 | 13,360 | 23,661 |
| Operating Lease Right-of-Use Assets | - | 998 | 1,300 | 673 | 533 | 405 | 405 | 405 | 405 | 405 | 405 | 405 | 405 |
| Equity Method Investment | - | 12,682 | 11,735 | 10,574 | 9,634 | - | - | - | - | - | - | - | - |
| Goodwill | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 | 8,145 |
| Intangible Assets, net | 6,285 | 3,901 | 3,321 | 2,774 | 2,254 | 1,733 | 1,733 | 1,132 | 531 | (70) | (671) | (671) | (3,075) |
| Deferred Contract Acquisition Costs | 14,743 | 15,628 | 15,014 | 14,743 | 15,104 | 19,317 | 19,317 | 19,834 | 21,251 | 22,361 | 23,925 | 23,925 | 30,311 |
| Other Assets | 7,151 | 4,087 | 4,437 | 4,860 | 5,200 | 4,390 | 4,390 | 4,390 | 4,390 | 4,390 | 4,390 | 4,390 | 4,390 |
| **Total Assets** | **1,091,438** | **1,169,200** | **1,164,108** | **1,189,069** | **1,226,896** | **1,317,861** | **1,317,861** | **1,332,419** | **1,357,840** | **1,415,762** | **1,499,420** | **1,499,420** | **1,728,521** |
| **Liabilities & Shareholders' Equity** | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts Payable | 4,984 | 5,184 | 3,029 | 4,165 | 5,023 | 1,738 | 1,738 | 3,610 | 3,940 | 5,367 | 5,583 | 5,583 | 7,123 |
| Accrued Expenses & Other | 24,571 | 25,954 | 28,885 | 24,643 | 269,980 | 286,178 | 286,178 | 288,709 | 289,462 | 291,566 | 294,872 | 294,872 | 281,305 |
| Accrued Compensation & Benefits | 32,820 | 20,776 | 15,716 | 23,504 | 23,272 | 35,809 | 35,809 | 31,238 | 16,549 | 16,994 | 17,944 | 17,944 | 21,369 |
| Short-Term Deferred Revenue | 179,224 | 254,382 | 263,423 | 268,883 | 287,647 | 338,348 | 338,348 | 342,135 | 366,576 | 391,310 | 434,638 | 434,638 | 530,439 |
| **Total Current Liabilities** | **241,599** | **306,296** | **311,053** | **321,195** | **585,922** | **662,073** | **662,073** | **665,693** | **676,528** | **705,236** | **753,036** | **753,036** | **840,236** |
| Deferred Revenue | 32,568 | 28,355 | 28,043 | 25,860 | 23,016 | 23,794 | 23,794 | 31,404 | 26,564 | 27,951 | 29,906 | 29,906 | 40,414 |
| Other Liabilities | 18,002 | 9,824 | 9,411 | 10,774 | 24,776 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 |
| **Total Liabilities** | **292,169** | **344,475** | **348,507** | **357,829** | **633,714** | **699,927** | **699,927** | **711,157** | **717,151** | **747,247** | **797,003** | **797,003** | **894,711** |
| **Total Shareholders Equity** | **799,269** | **824,725** | **815,601** | **831,240** | **593,182** | **617,934** | **617,934** | **621,262** | **640,688** | **668,515** | **702,417** | **702,417** | **833,811** |
| **Total Liabilities & Shareholders' Equity** | **1,091,438** | **1,169,200** | **1,164,108** | **1,189,069** | **1,226,896** | **1,317,861** | **1,317,861** | **1,332,419** | **1,357,840** | **1,415,762** | **1,499,420** | **1,499,420** | **1,728,521** |

Source: GitLab Inc. Company Filings and Needham & Company, LLC estimates



March 5, 2024

## GitLab Inc. —Cash Flow
(Thousands Of Dollars, Except Per-Share Data)

| | Year FY22A | Year FY23A | Q1'24A Apr-23 | Q2'24A Jul-23 | Q3'24A Oct-23 | Q4'24A Jan-24 | Year FY24A | Q1'25E Apr-24 | Q2'25E Jul-24 | Q3'25E Oct-24 | Q4'25E Jan-25 | Year FY25E | Year FY26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash from Operating Activities** | | | | | | | | | | | | | |
| Net Income / Loss | ($157,560) | ($180,696) | ($52,899) | ($51,208) | ($286,355) | ($37,571) | ($428,033) | ($54,851) | ($47,514) | ($42,236) | ($37,076) | ($181,677) | ($191,889) |
| Share Based Compensation | 30,009 | 122,567 | 32,330 | 46,368 | 41,334 | 43,017 | 163,049 | 44,626 | 51,356 | 54,038 | 53,831 | 203,852 | 245,942 |
| Amortization of Intangible Assets | 665 | 2,362 | 579 | 546 | 521 | 521 | 2,167 | 601 | 601 | 601 | 601 | 2,404 | 2,404 |
| Depreciation | 543 | 3,231 | 1,092 | 1,114 | 1,123 | 1,039 | 4,368 | 1,039 | 1,039 | 1,039 | 1,039 | 4,156 | 4,156 |
| Amortization of Deferred Contract Acquisition Costs | 33,368 | 44,958 | 10,549 | 10,070 | 10,447 | 12,397 | 43,463 | 13,553 | 15,584 | 16,025 | 17,146 | 62,308 | 77,341 |
| Loss from Equity Method Investment | - | 3,189 | 947 | 1,161 | 940 | 776 | 3,824 | - | - | - | - | - | - |
| Unrealized FX Gains / (Losses) | 20,389 | (3,727) | (262) | 1,087 | (573) | 4,396 | 4,648 | - | - | - | - | - | - |
| Other Non-Cash Expense | 197 | (24,441) | (980) | (2,267) | (2,772) | 6,558 | 539 | - | - | - | - | - | - |
| Changes in Working Capital | 22,575 | (44,851) | (2,317) | 20,238 | 229,374 | (6,280) | 241,015 | 15,685 | (16,084) | (18,150) | (9,208) | (27,757) | (56,579) |
| **Net Cash Provided by Operating Activities** | **(49,814)** | **(77,408)** | **(10,961)** | **27,109** | **(5,961)** | **24,853** | **35,040** | **20,653** | **4,982** | **11,317** | **26,334** | **63,286** | **81,375** |
| | | | | | | | | | | | | | |
| **Cash from Investing Activities** | | | | | | | | | | | | | |
| Purchase of Short-Term Investments | (100,031) | (821,622) | (58,864) | (276,132) | (238,680) | (242,021) | (815,697) | - | - | - | - | - | - |
| Proceeds from Maturities of Short-Term Investments | 50,000 | 231,626 | 83,500 | 189,484 | 253,995 | 207,028 | 734,007 | - | - | - | - | - | - |
| Purchases of Property & Equipment | (3,541) | (6,070) | (256) | (277) | (736) | (329) | (1,598) | (3,306) | (3,542) | (3,727) | (3,988) | (14,562) | (14,457) |
| Payment for Business Combination | (323) | - | - | (2,500) | - | - | (2,500) | - | - | - | - | - | - |
| Other Investing Activities | - | (9,620) | - | - | - | (450) | (450) | - | - | - | - | - | - |
| **Net Cash Used by Investing Activities** | **(53,895)** | **(605,686)** | **24,380** | **(89,425)** | **14,579** | **(35,772)** | **(86,238)** | **(3,306)** | **(3,542)** | **(3,727)** | **(3,988)** | **(14,562)** | **(14,457)** |
| | | | | | | | | | | | | | |
| **Cash from Financing Activities** | | | | | | | | | | | | | |
| Proceeds from Initial Public Offering | 654,552 | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Exercise of Stock Options | 25,354 | 38,893 | 7,513 | 18,015 | 4,715 | 14,992 | 45,235 | - | - | - | - | - | - |
| Proceeds from Warrants Exercised | 86 | - | - | - | - | - | - | - | - | - | - | - | - |
| Repurchase of Common Stock | (590) | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Short-Term Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contributions from Noncontrolling Interest | 26,450 | 61,726 | - | - | - | - | - | - | - | - | - | - | - |
| Payment of Deferred Offering Costs | (4,667) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | (3,137) | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Provided by Financing Activities** | **701,185** | **97,482** | **7,513** | **18,015** | **4,715** | **14,992** | **45,235** | **-** | **-** | **-** | **-** | **-** | **-** |
| Impact of Foreign Exchange | 6,846 | (3,658) | (401) | (907) | (1,249) | (1,386) | (3,943) | - | - | - | - | - | - |
| Cash and Equivalents at Beginning of Period | 282,850 | 887,172 | 297,902 | 318,433 | 273,225 | 285,309 | 297,902 | 287,996 | 305,343 | 306,783 | 314,374 | 287,996 | 336,720 |
| Net Increase (Decrease) in Cash & Equivalents | 604,322 | (589,270) | 20,531 | (45,208) | 12,084 | 2,687 | (9,906) | 17,347 | 1,440 | 7,590 | 22,346 | 48,724 | 66,918 |
| **Cash and Equivalents at End of Period** | **887,172** | **297,902** | **318,433** | **273,225** | **285,309** | **287,996** | **287,996** | **305,343** | **306,783** | **314,374** | **336,720** | **336,720** | **403,638** |
| | | | | | | | | | | | | | |
| **Free Cash Flow** | | | | | | | | | | | | | |
| Cash Flow from Operations | (49,814) | (77,408) | (10,961) | 27,109 | (5,961) | 24,853 | 35,040 | 20,653 | 4,982 | 11,317 | 26,334 | 63,286 | 81,375 |
| Capital Expenditures | (3,541) | (6,070) | (256) | (277) | (736) | (329) | (1,598) | (3,306) | (3,542) | (3,727) | (3,988) | (14,562) | (14,457) |
| **Free Cash Flow** | **(53,355)** | **(83,478)** | **(11,217)** | **26,832** | **(6,697)** | **24,524** | **33,442** | **17,347** | **1,440** | **7,590** | **22,346** | **48,724** | **66,918** |
| Free Cash Flow Margin% | -21.1% | -19.7% | -8.8% | 19.2% | -4.5% | 15.0% | 5.8% | 10.5% | 0.8% | 4.1% | 11.2% | 6.7% | 7.4% |

Source: GitLab Inc. Company Filings and Needham & Company, LLC estimates



March 5, 2024

## GitLab Inc. —Key Metrics
(Thousands Of Dollars, Except Per-Share Data)

| Fiscal Year ends January | Year FY22A | Q1'23A Apr-22 | Q2'23A Jul-22 | Q3'23A Oct-22 | Q4'23A Jan-23 | Year FY23A | Q1'24A Apr-23 | Q2'24A Jul-23 | Q3'24A Oct-23 | Q4'24A Jan-24 | Year FY24A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY23A | | | | | FY24A | | | |
| Dollar-Based Net Retention - Old Calculation | 152% | >130% | >130% | >130% | 133% | 133% | 128% | 124% | 124% | | |
| Dollar-Based Net Retention - New Calculation | | | | >130% | | | >130% | 129% | 128% | 130% | 130% |
| Ultimate Tier as % of Total ARR | 37% | 39% | 39% | 39% | 40% | 40% | 42% | 42% | 43% | 44% | 44% |
| Quarterly Revenue Run-Rate | 311,184 | 349,628 | 404,164 | 451,924 | 491,628 | 491,628 | 507,512 | 558,324 | 598,672 | 655,116 | 655,116 |
| YoY% Change | 69% | 75% | 74% | 69% | 58% | 58% | 45% | 38% | 32% | 33% | 33% |
| QoQ% Change | | 12% | 16% | 12% | 9% | | 3% | 10% | 7% | 9% | |
| Base Customers (>$5,000 in ARR) | 4,593 | 5,168 | 5,864 | 6,469 | 7,002 | 7,002 | 7,406 | 7,815 | 8,175 | 8,600 | 8,600 |
| Net Change YoY | 1,848 | 2,026 | 2,232 | 2,412 | 2,409 | 2,409 | 2,238 | 1,951 | 1,706 | 1,598 | 1,598 |
| Net Change QoQ | | 575 | 696 | 605 | 533 | | 404 | 409 | 360 | 425 | |
| YoY% Change | | 64% | 61% | 59% | 52% | | 43% | 33% | 26% | 23% | |
| QoQ% Change | | 13% | 13% | 10% | 8% | | 6% | 6% | 5% | 5% | |
| % of ARR | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% |
| Contributors | >2,900 | | | | >3,000 | >3,000 | | | | | 0 |
| Net Change YoY | 600 | | | | 100 | 100 | | | | | 0 |
| YoY% Change | 26% | | | | 4% | 4% | | | | | 0% |
| $100,000 ARR Customers | 492 | 545 | 593 | 638 | 697 | 697 | 760 | 810 | 874 | 955 | 955 |
| Net Change YoY | 209 | 221 | 210 | 211 | 205 | 205 | 215 | 217 | 236 | 258 | 258 |
| Net Change QoQ | | 53 | 48 | 45 | 59 | | 63 | 50 | 64 | 81 | |
| YoY% Change | 74% | 68% | 55% | 49% | 42% | 42% | 39% | 37% | 37% | 37% | 37% |
| QoQ% Change | | 11% | 9% | 8% | 9% | | 9% | 7% | 8% | 9% | |
| % of Base Customers | 10.7% | 10.5% | 10.1% | 9.9% | 10.0% | 10.0% | 10.3% | 10.4% | 10.7% | 11.1% | 11.1% |
| $1 Million ARR Customers | 39 | | | | 63 | 63 | | | | 96 | 96 |
| Net Change YoY | 19 | | | | 24 | 24 | | | | 33 | 33 |
| YoY% Change | 95% | | | | 62% | 62% | | | | 52% | 52% |
| % of Base Customers | 0.8% | | | | | 0.9% | | | | | 1.1% |

Source: GitLab Inc. Company Filings and Needham & Company, LLC estimates

**Needham**

March 5, 2024

## GitLab Inc. —Quarterly Income Statement
(Thousands Of Dollars, Except Per-Share Data)

| Fiscal Year ends January | Year FY22A | Year FY23A | Q1'24A Apr-23 | Q2'24A Jul-23 | Q3'24A Oct-23 | Q4'24A Jan-24 | Year FY24A | Q1'25E Apr-24 | Q2'25E Jul-24 | Q3'25E Oct-24 | Q4'25E Jan-25 | Year FY25E | Q1'26E Apr-25 | Q2'26E Jul-25 | Q3'26E Oct-25 | Q4'26E Jan-26 | Year FY26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | |
| Subscription - Self-Managed & SaaS | 226,163 | 369,349 | 111,191 | 122,096 | 130,993 | 142,026 | 506,306 | 146,772 | 156,283 | 163,741 | 173,272 | 640,068 | 179,062 | 193,791 | 204,677 | 221,788 | 799,317 |
| License - Self-Managed & Other | 26,490 | 54,987 | 15,687 | 17,485 | 18,675 | 21,753 | 73,600 | 18,511 | 20,807 | 22,597 | 26,104 | 88,018 | 22,028 | 24,552 | 26,890 | 30,802 | 104,273 |
| **Total Revenues** | **$252,653** | **$424,336** | **$126,878** | **$139,581** | **$149,668** | **$163,779** | **$579,906** | **$165,283** | **$177,090** | **$186,338** | **$199,375** | **$728,086** | **$201,090** | **$218,343** | **$231,567** | **$252,590** | **$903,590** |
| YoY% Change | 66.0% | 68.0% | 45.2% | 38.1% | 32.5% | 33.3% | 36.7% | 30.3% | 26.9% | 24.5% | 21.7% | 25.6% | 21.7% | 23.3% | 24.3% | 26.7% | 24.1% |
| QoQ% Change | | | 3.2% | 10.0% | 7.2% | 9.4% | | 0.9% | 7.1% | 5.2% | 7.0% | | 0.9% | 8.6% | 6.1% | 9.1% | |
| **Cost of Revenue** | **28,351** | **44,535** | **11,604** | **12,431** | **12,915** | **13,828** | **50,778** | **13,884** | **15,761** | **17,888** | **19,938** | **67,471** | **19,908** | **21,179** | **22,230** | **23,743** | **87,061** |
| **Gross Profit** | **224,302** | **379,801** | **115,274** | **127,150** | **136,753** | **149,951** | **529,128** | **151,399** | **161,329** | **168,450** | **179,438** | **660,615** | **181,182** | **197,164** | **209,336** | **228,847** | **816,529** |
| Gross Margin% | 88.8% | 89.5% | 90.9% | 91.1% | 91.4% | 91.6% | 91.2% | 91.6% | 91.1% | 90.4% | 90.0% | 90.7% | 90.1% | 90.3% | 90.4% | 90.6% | 90.4% |
| **Operating Expenses:** | | | | | | | | | | | | | | | | | |
| Sales & Marketing | 180,204 | 261,991 | 69,214 | 70,703 | 70,509 | 73,390 | 283,816 | 88,068 | 87,187 | 87,623 | 90,690 | 353,569 | 104,294 | 106,379 | 106,379 | 111,698 | 428,751 |
| % of Revenue | 71.3% | 61.7% | 54.6% | 50.7% | 47.1% | 44.8% | 48.9% | 53.3% | 49.2% | 47.0% | 45.5% | 48.6% | 51.9% | 48.7% | 45.9% | 44.2% | 47.4% |
| Research & Development | 88,912 | 119,818 | 36,626 | 36,542 | 36,248 | 38,501 | 147,917 | 46,971 | 45,562 | 46,018 | 46,478 | 185,029 | 50,661 | 52,181 | 54,790 | 58,625 | 216,256 |
| % of Revenue | 35.2% | 28.2% | 28.9% | 26.2% | 24.2% | 23.5% | 25.5% | 28.4% | 25.7% | 24.7% | 23.3% | 25.4% | 25.2% | 23.9% | 23.7% | 23.2% | 23.9% |
| General & Administrative | 53,469 | 85,133 | 24,430 | 24,201 | 25,306 | 24,824 | 98,761 | 28,796 | 27,932 | 28,211 | 29,481 | 114,420 | 31,839 | 33,113 | 34,768 | 36,855 | 136,575 |
| % of Revenue | 21.2% | 20.1% | 19.3% | 17.3% | 16.9% | 15.2% | 17.0% | 17.4% | 15.8% | 15.1% | 14.8% | 15.7% | 15.8% | 15.2% | 15.0% | 14.6% | 15.1% |
| **Total Operating Expenses** | **322,585** | **466,942** | **130,270** | **131,446** | **132,063** | **136,715** | **530,494** | **163,835** | **160,681** | **161,852** | **166,649** | **653,017** | **186,794** | **191,673** | **195,938** | **207,178** | **781,582** |
| **Operating Income / (Loss)** | **(98,283)** | **(87,141)** | **(14,996)** | **(4,296)** | **4,690** | **13,236** | **(1,366)** | **(12,436)** | **648** | **6,597** | **12,789** | **7,598** | **(5,612)** | **5,491** | **13,399** | **21,669** | **34,946** |
| Operating Margin% | -38.9% | -20.5% | -11.8% | -3.1% | 3.1% | 8.1% | -0.2% | -7.5% | 0.4% | 3.5% | 6.4% | 1.0% | -2.8% | 2.5% | 5.8% | 8.6% | 3.9% |
| Interest Income | 736 | 14,496 | 7,315 | 9,112 | 10,874 | 11,813 | 39,114 | 2,500 | 7,000 | 11,000 | 11,000 | 31,500 | 11,000 | 11,000 | 11,000 | 11,000 | 44,000 |
| Other Income / (Expense) | (1,710) | (577) | (21) | (62) | 81 | 191 | 189 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Before Taxes & Equity Method Investment | (99,257) | (73,222) | (7,702) | 4,754 | 15,645 | 25,240 | 37,937 | (9,936) | 7,648 | 17,597 | 23,789 | 39,098 | 5,388 | 16,491 | 24,399 | 32,669 | 78,946 |
| Tax (Benefit) / Expense | (1,511) | 2,898 | 1,486 | 4,016 | 2,396 | 1,300 | 9,198 | (1,987) | 1,530 | 3,519 | 4,758 | 7,820 | 1,078 | 3,298 | 4,880 | 6,534 | 15,789 |
| Tax Rate | 1.5% | -4.0% | -19.3% | 84.5% | 15.3% | 5.2% | 24.2% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Non-Controlling Interest | (2,422) | (8,385) | (430) | (1,128) | (1,197) | (1,104) | (3,859) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) |
| **Non-GAAP Net Income (Loss)** | **($95,324)** | **($67,735)** | **($8,758)** | **$1,866** | **$14,446** | **$25,044** | **$32,598** | **($6,949)** | **$7,118** | **$15,078** | **$20,031** | **$35,278** | **$5,310** | **$14,193** | **$20,519** | **$27,135** | **$67,157** |
| **NG - Earnings Per Share** | **($1.20)** | **($0.46)** | **($0.06)** | **$0.01** | **$0.09** | **$0.15** | **$0.20** | **($0.04)** | **$0.04** | **$0.09** | **$0.12** | **$0.21** | **$0.03** | **$0.08** | **$0.12** | **$0.16** | **$0.39** |
| Diluted Shares Outstanding | 79,755 | 148,407 | 151,692 | 161,117 | 162,794 | 165,421 | 162,465 | 158,000 | 166,744 | 168,078 | 169,423 | 168,000 | 170,778 | 172,145 | 173,522 | 174,910 | 172,839 |

Source: GitLab Inc. Company Filings and Needham & Company, LLC estimates



March 5, 2024

## VALUATION (PRICE TARGET: NA)

We assign a Hold rating to GitLab as we believe the guided $10 Million to $20 Million in incremental Revenue from the Premium price increase was below expectations. Furthermore, guidance implies FY25 NRR compression, and management commentary that the guidance philosophy has changed to incorporate less conservatism calls into question the durable, organic growth of the business.

## POTENTIAL UPSIDE DRIVERS

- We expect shares of GitLab to outperform if the company delivers faster-than-expected Revenue growth through a combination of new customer additions and up-tiering existing customers.

- GitLab's management has been consistent in prioritizing growth responsibly, in our view. To the extent GitLab outperforms guidance and demonstrates better-than-expected leverage, we believe investors will reward shares with a higher multiple.

- The broader market is adopting DevOps - which we view as more of a culture and process, than a tool - to enable faster, more secure development of Software. Greater recognition of the GitLab Platform's benefits compared to point solutions and DIY DevOps has potential to drive above-forecast growth.

## RISKS TO TARGET

**GTLB**
**Valuation:**

- Stock market corrections typically hit higher valuation stocks harder than the overall market.

- Risk-off sentiment could drive higher-valuation companies' stocks lower, even without a broader market correction.

- GitLab could report quarterly results or provide guidance which falls below expectations, resulting in compression of the valuation multiple.

- Important investor metrics for GitLab could falter such as Revenue growth, RPO, or Dollar-Based Net Retention, any of which would likely weigh on investor sentiment and the valuation multiple assigned to shares of the company.

**Competition:** GitLab faces intense competition from a number of established and emerging companies, including (1) established providers such as Atlassian and Microsoft; (2) companies offering hosting and code collaboration services; and (3) file storage and distribution services providers.

**Unique Operating Risks Created by the Remote-Only Company Structure.** By nature of all employees being fully remote, GitLab is dependent on technology, thus IT complications could adversely affect, or even temporarily disrupt, all or a portion of operations. In addition, it may be difficult to develop and preserve corporate culture and team members may find few opportunities to collaborate in meaningful ways. Any impediments to preserving corporate culture and fostering collaboration could harm future success, including the ability to retain and recruit personnel, innovate and operate effectively, and execute on business strategy.

**Dual Class Voting Structure Concentrates Voting Control.** GitLab's capital structure features a ten-to-one voting ratio between the Class B and Class A common shares. As a result, Class B shareholders hold approximately 98% of the voting power of the outstanding capital stock, with 65.8% controlled in the aggregate by directors, executive officers, and holders of more than 5% of GitLab common stock. This limits and potentially precludes investors' abilities to influence corporate matters, including the election of directors and the approval of any change of control transaction.

**Ability to Manage and Sustain High Revenue Growth.** In our experience, most high-growth software companies have difficulty maintaining sustained, multi-year periods of high revenue growth. Historically, software companies experience growth that declines exponentially initially, but very modestly subsequently (i.e. growth is logarithmic).

**Rapidly Evolving Infrastructure Software Market Could Drive Confusion.** The proliferation of comparable software features or tools by numerous vendors has traditionally created confusion in the marketplace. Customers typically pause to evaluate new technologies or slow purchasing cycles to allow the industry to standardize on a single architecture. We believe this dynamic could be heightened with GitLab due to the number of vendors operating in the self-managed software and SaaS deployment spaces.

**Macro Investor Sentiment Around High Growth Software.** A negative external macroeconomic shock or sudden change in investor sentiment towards high-growth technology stocks could lead to significant downside price volatility.

**Needham**

March 5, 2024

**Economic Contraction:** In the event of an economic downturn, we recognize the risk to market demand and pricing pressure to shares of GitLab and the broader equity markets.



**Rating and Price Target History for: GitLab, Inc. (GTLB) as of 03-04-2024**

Created by: BlueMatrix

**Needham**

March 5, 2024

## ANALYST CERTIFICATION

I, Mike Cikos hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| **Strong Buy** | < 1 | 0 |
| **Buy** | 73 | 11 |
| **Hold** | 26 | 2 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 100 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

<u>Strong Buy:</u> A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

<u>Buy:</u> A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

<u>Hold:</u> A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

<u>Underperform:</u> A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

<u>Rating Suspended:</u> We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

<u>Restricted:</u> Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 74% of companies under coverage would have a "Buy" rating and 11% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: GitLab, Inc.

The Firm, at the time of publication, makes a market in the subject company GitLab, Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2024, Needham & Company, LLC, Member FINRA, SIPC.