CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JULIAN A. SARABIA (CSB No. 359295)
jsarabia@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab Inc., Sytse Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLIE DOLLY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO <br><br> Defendant. | Case No.: 5:24-cv-06244-EKL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date:          July 16, 2025 <br> Time:          10 a.m. <br> Dept:          Courtroom 7, 4th Floor <br> Judge:         Honorable Eumi K. Lee |

The motion of defendants GitLab Inc., Sytse Sijbrandij, Brian G. Robins and David DeSanto to dismiss plaintiff' Second Amended Complaint (the "SAC") came regularly for hearing before the Court on July 16, 2025.  The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the argument of counsel, the

FENWICK & WEST LLP
ATTORNEYS AT LAW

Court finds that plaintiff has not satisfied the requirements of Fed. R. Civ. P. 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA") and has not alleged facts sufficient to state a claim for violation of Sections 10(b) or 20(a) of the Securities Exchange Act of 1934.  The Court holds that:

1. The SAC is an improper puzzle-pled complaint;

2. Plaintiff fails to allege specific, contemporaneous facts showing that any challenged statement by defendants was false, misleading, or otherwise actionable;

3. The forward-looking statements challenged in the SAC are not actionable because they fall within the PLSRA's "safe harbor" for forward-looking statements;

4. The statements of opinion or corporate optimism challenged in the SAC are not actionable;

5. Plaintiff failed to plead particularized facts raising the strong, cogent, and compelling inference of scienter required by the PSLRA and governing law, and viewed holistically, the facts and circumstances weigh against any inference of scienter;

6. Plaintiff fails to adequately plead loss causation; and

7. Plaintiff fails to state a claim for control person liability under Section 20(a) where he failed to plead a primary violation of Section 10(b).

While leave to amend is liberally granted, plaintiff has already had two opportunities to amend, and in any event, this is not a case where the defects can be cured by additional pleading. Thus, it is HEREBY ORDERED that defendants' motion to dismiss is GRANTED and the SAC is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____          _____

                                         The Honorable Eumi K. Lee
                                         United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW