CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JULIAN A. SARABIA (CSB No. 359295)
jsarabia@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab, Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLIE DOLLY, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO,<br><br>Defendants. | Case No.: 5:24-cv-06244-EKL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge:       Hon. Eumi K. Lee<br><br>Date Action Filed:  September 4, 2024 |

ADMIN. MOT. TO RELATE CASE

Case No.: 5:24-cv-06244-EKL

This is a securities class action arising under the federal securities laws against defendant GitLab, Inc. ("GitLab") and certain of its officers and directors (defendants Sytse Sijbrandij, Brian G. Robins, and David DeSanto). After this suit was filed, two derivative actions, *Preciado v. Sijbrandij et al.* (*Preciado*), Case No. 3:25-cv- 01597-EKL and *Jones v. Sijbrandij et al.* (*Jones*), Case No. 4:25-cv-01735-EKL, were filed and, on March 18, 2025, this Court related *Jones* and *Preciado* to *Dolly*. Dkt. No. 49. On March 28, 2025, plaintiff in another related stockholder derivative case, *Lianto v. Sijbrandij et al.* ("*Lianto*"), Case No. 5:25-cv-02924-EKL, filed a complaint asserting federal securities law claims (and state law claims) based largely on the same statements and allegations against GitLab's officers and directors (including all of the individual defendants named here) at issue in *Dolly*, *Preciado*, and *Jones*. Because the matters are interrelated, GitLab and the individual defendants hereby move this Court to consider whether, under Civil Local Rules 3-12(b) and 7-11, *Lianto* should be related to *Dolly* (together with *Lianto*, the "Actions").

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here, though case reassignment is not necessary as both Actions are assigned to Judge Lee.

The allegations at issue in *Dolly* and *Lianto* concern substantially the same parties and events. Plaintiffs in both Actions purport to be GitLab stockholders and both actions name GitLab, Sytse Sijbrandij, and Brian G. Robins as defendants. While *Lianto* is a purported derivative action against directors and officers of GitLab and *Dolly* is a securities class action, the allegations at issue in the Actions concern substantially the same events, *i.e.*, defendants' public statements during the period from June 2023 to June 2024. Moreover, because the plaintiff in the derivative suit (*Lianto*) bases his damages claim largely on any alleged liability in the securities class action (*Dolly*), the two cases are necessarily related and will require coordination, including with the already related *Preciado* and *Jones* actions. Given that substantially similar parties, statements, and events are involved in both *Dolly* and *Lianto*, there will be an unduly burdensome

FENWICK & WEST LLP

duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted separately.  Accordingly, relating these Actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).  Indeed, securities class actions, and follow-on derivative suits, are routinely deemed related and, as noted above, the Court has already related two other derivative actions (*Preciado* and *Jones*) to *Dolly*.  Dkt. No. 49.

In furtherance of this motion, and in compliance with Civil Local Rule 7-11, the parties in the *Lianto* Action have stipulated and agreed that their case should be deemed related to *Dolly*, the first filed action.  *See* Stipulation Regarding Administrative Motion to Consider Whether Cases Should Be Related, attached hereto as Exhibit A.  For all the foregoing reasons, the defendants respectfully request that this Court enter an order relating the Actions.

Dated:    May 8, 2025

FENWICK & WEST LLP

By: *Catherine D. Kevane*
      Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350
Email:          ckevane@fenwick.com

Attorneys for Defendants GitLab, Inc., Sytse Sijbrandij, Brian G. Robins, and David DeSanto