# EXHIBIT A

CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants Sytse Sijbrandij, David
DeSanto, Brian G. Robins, Karen Blasing, Merline
Saintil, Godfrey Sullivan, Matthew Jacobson,
Sundeep Bedi, and Sue Bostrom, and Nominal
Defendant GitLab Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON LIANTO, derivatively on behalf of GITLAB INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYTSE SIJBRANDIJ, DAVID DESANTO BRIAN G. ROBINS, KAREN BLASING, MERLINE SAINTIL, GODFREY SULLIVAN, MATTHEW JACOBSON, SUNDEEP BEDI, and SUE BOSTROM,<br><br>Defendants, and<br><br>GITLAB INC.,<br><br>Nominal Defendant. | Case No.: 5:25-cv-02924-EKL<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**<br><br>Judge:  Hon. Eumi K. Lee<br><br>Date Action Filed:  March 28, 2025 |

STIP. RE ADMIN. MOT. TO RELATE CASE

Case No.: 5:25-cv-02924-EKL

FENWICK & WEST LLP

Plaintiff Jason Lianto ("plaintiff"), nominal defendant GitLab Inc. ("GitLab"), GitLab's officers and directors named in this suit (Sytse Sijbrandij, David DeSanto, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, and Sue Bostrom) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 4, 2024, a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against GitLab and certain of its officers and directors with respect to the Company's public statements during an alleged class period of June 5, 2023 to June 3, 2024, captioned *Dolly v. GitLab Inc. et al.*, Case No. 5:24-cv-06244-EKL ("*Dolly*") was filed;

WHEREAS, on February 14, 2025, a plaintiff filed a stockholder derivative action, *Preciado v. Sijbrandij et al.* (*Preciado*), Case No. 3:25-cv- 01597-EKL, alleging violations of the federal securities laws and state law claims against the same defendants and certain additional officers and directors of GitLab relating to the same general time period and many of the same statements at issue in *Dolly*;

WHEREAS, on February 19, 2025, a plaintiff filed a stockholder derivative action captioned *Jones v. Sijbrandij et al.* (*Jones*), Case No. 4:25-cv-01735-EKL, alleging violations of the federal securities laws and a state law claim against the same defendants and certain additional officers and directors of GitLab relating to the same general time period and many of the same statements at issue in *Dolly*;

WHEREAS, on March 13, 2025, the Court entered an order relating *Preciado* and *Jones* to *Dolly* and reassigning both *Preciado* and *Jones* to the Honorable Eumi K. Lee;

WHEREAS, on March 28, 2025, plaintiff filed this stockholder derivative action (the "*Lianto*" action) alleging violations of the federal securities laws and state law claims against the same defendants and certain additional officers and directors of GitLab relating to the same general time period and many of the same statements at issue in *Dolly*;

WHEREAS, the *Dolly* action and the *Lianto* action are both currently assigned to the Honorable Eumi K. Lee;

FENWICK & WEST LLP

WHEREAS, the Parties agree that *Lianto* should be related to *Dolly* because (1) they arise from substantially the same events and concern substantially the same parties; (2) will require coordination; and (3) it would be unduly burdensome and involve unwarranted duplication of effort and expense if the cases were heard separately;

IT IS ACCORDINGLY STIPULATED AND AGREED by the Parties, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, through their respective undersigned counsel, that *Lianto* should be related to the lower-numbered *Dolly* action.

///

///

///

///

FENWICK & WEST LLP

STIP. RE ADMIN. MOT. TO RELATE CASE

2

Case No.: 5:25-cv-02924-EKL

FENWICK & WEST LLP

Dated:    May 8, 2025                FENWICK & WEST LLP

                                     By: /s/ Catherine D. Kevane
                                         Catherine D. Kevane

                                         555 California Street, 12th Floor
                                         San Francisco, CA  94104
                                         Telephone:    415.875.2300
                                         Facsimile:    415.281.1350
                                         Email:        ckevane@fenwick.com

                                     Attorneys for Defendants Sytse Sijbrandij, Brian G.
                                     Robins, David DeSanto, Sundeep Bedi, Karen
                                     Blasing, Sue Bostrom, Matthew Jacobson, Mark
                                     Porter, Merline Saintil, and Godfrey Sullivan, and
                                     Nominal Defendant GitLab Inc.

Dated:    May 8, 2025                THE ROSEN LAW FIRM, P.A.

                                     By:  /s/ Laurence M. Rosen
                                          Laurence M. Rosen, Esq.

                                          355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
                                          Telephone: (213) 785-2610
                                          Facsimile: (213) 226-4684

                                     Counsel for Plaintiff Jason Lianto

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:    May 8, 2025                By: /s/ Catherine D. Kevane
                                         Catherine D. Kevane

STIP. RE ADMIN. MOT. TO RELATE       3       Case No.: 5:25-cv-02924-EKL
CASE