CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JULIAN A. SARABIA (CSB No. 359295)
jsarabia@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE DOLLY, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO,<br><br>Defendants. | Case No.: 5:24-cv-06244-EKL<br><br>**[PROPOSED] ORDER RELATING CASE**<br><br>Judge:  Hon. Eumi K. Lee<br><br>Date Action Filed:  September 4, 2024 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

An Administrative Motion to Consider Whether Case Should be Related (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to *Dolly v. GitLab Inc. et al.* ("*Dolly*"), Case No. 5:24-cv-06244-EKL, I find that the more recently filed case *Lianto v. Sijbrandij et al.* ("*Lianto*"), Case No. 5:25-cv-02924-EKL is related to *Dolly*.  Because *Lianto* is already assigned to me, no change in case assignment will be made.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2025

_____
Hon. Eumi K. Lee
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER RELATING CASES          1          Case No.: 5:24-cv-06244-EKL