CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JOSHUA R. PARR (CSB No. 318549)
jparr@fenwick.com
JULIAN A. SARABIA (CSB No. 359295)
jsarabia@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants GitLab Inc., Sytse
Sijbrandij, Brian G. Robins, and David DeSanto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLIE DOLLY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GITLAB INC., SYTSE SIJBRANDIJ, BRIAN G. ROBINS, and DAVID DESANTO<br><br>Defendants. | Case No.: 5:24-cv-06244-EKL<br><br>**SUPPLEMENTAL DECLARATION OF FIONA Y. TANG IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:    July 16, 2025<br>Time:    10:00 a.m. PT<br>Dept.:    Courtroom 7, 4th Floor<br>Judge:   Hon. Eumi K. Lee<br><br>Date Action Filed:  September 4, 2024 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. TANG DECLARATION ISO MOT. TO
DISMISS SECOND AMENDED COMPLAINT

Case No.: 5:24-cv-06244-EKL

I, Fiona Y. Tang, declares as follows:

1.      I am an attorney admitted to practice before this Court and an associate at the law firm of Fenwick & West LLP, counsel for defendants GitLab Inc. ("GitLab" or the "Company"), Sytse Sijbrandij, Brian G. Robins, and David DeSanto in this action.

2.      The purpose of this declaration is to provide the Court with additional exhibits relevant to Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 50), filed on April 4, 2025.  As explained in the Supplemental Request for Judicial Notice filed concurrently herewith, these exhibits are analyst reports referenced in the Second Amended Complaint (ECF No. 47) and quoted in plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 55).  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

3.      Attached as **Exhibit 23** is a true and correct copy of an analyst report issued by J.P. Morgan, dated June 3, 2024.

4.      Attached as **Exhibit 24** is a true and correct copy of an analyst report issued by Barclays, dated June 4, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of May, 2025.

_/s/ Fiona Y. Tang_____
Fiona Y. Tang

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO