LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Dutch Smith*
*and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLIE DOLLY, et al. | No. 5:24-cv-06244-EKL |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS** |
| v. | |
| GITLAB INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, the parties - Lead Plaintiff Dutch Smith ("Plaintiff") and Defendants GitLab Inc., Sytse Sijbrandij, Brian Robins, and David DeSanto (collectively, "Defendants," and together with Plaintiff, the "Parties") – by and through their counsel of record, submit the following stipulation and proposed order:

WHEREAS, on March 7, 2025, Plaintiffs filed a Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (Doc. No. 47);

WHEREAS, on April 4, 2025, Defendants filed a motion to dismiss the Complaint (Doc. Nos. 50-53);

WHEREAS, on August 14, 2025, the Court entered an Order granting Defendants' motion to dismiss without prejudice ("Order") (Doc. No. 72);

WHEREAS, the Order granted Plaintiff leave to file an amended complaint;

WHEREAS, Plaintiff has decided not to file an amended complaint and to not appeal the August 14, 2025 Order and to consent to entry of judgment;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that, subject to Court approval:

1. Plaintiff's claims are dismissed with prejudice and final judgment shall be entered in favor of Defendants, with all parties waiving their rights to appeal from any aspect of this action;

2. The Clerk is directed to enter this judgment forthwith and close the file;

3. The claims asserted in this matter were brought and defended in good faith and in compliance with Federal Rule of Civil Procedure 11(b); and

4. Each side shall bear its own attorneys' fees and costs associated with this action.

Dated: September 8, 2025                    Respectfully submitted,

LEVI & KORSINSKY, LLP

By: s/ Adam M. Apton
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

**FENWICK & WEST LLP**

By: s/ Catherine Kevane
Catherine Kevane
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
ckevane@fenwick.com

*Attorneys for Defendants Gitlab Inc, Sytse Sijbrandij, and Brian G. Robins*

2

## **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: September 8, 2025                     s/ Adam M. Apton
                                             Adam M. Apton

STIPULATION OF DISMISSAL
CASE NO. 5:24-cv-06244-EKL

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  January 26, 2026

THE HONORABLE EUMI K. LEE

UNITED STATES DISTRICT JUDGE

4